

# DEPARTMENT OF REVENUE AND TAXATION

GOVERNMENT OF GUAM
P.O. Box 23607 · GMF, Barrigada, Guam 96921
www.guamtax.com

## NOTICE OF RENEWAL OF BUSINESS LICENSE

**APPLICANT PLEASE NOTE:** EVERY LICENSE ISSUED UNDER THIS AUTHORITY SHALL BE DEEMED TO BE PERSONAL AND MAY NOT IN ANY CIRCUMSTANCES BE TRANSFERRED TO ANOTHER PERSON. THERE MUST BE A LICENSE FOR EACH SEPARATE BUSINESS LOCATION SECTION 118 1 PENAL CODE OF GUAM NORMALLY, DOOR OF GUAM SYSTEM WHOEVER IN ANY MATTER WITHIN THE JURISDICTION OF ANY DEPARTMENT OR AGENCY OF THE GOVERNMENT OF GUAM KNOWINGLY OR WILLFULLY FALSIFIES CONCEALS OR COVERS UP BY ANY TRICK SCHEME OR DEVICE A MATERIAL FACT OR MAKES ANY FALSE FICTITIOUS OR FRAUDULENT STATEMENTS OR REPRESENTATIONS OR MAKES OR USES ANY FALSE WRITING OR DOCUMENTS KNOWING THE SAME TO CONTAIN ANY FALSE FICTITIOUS OR FRAUDULENT STATEMENT OR ENTRY SHALL BE GUILTY OF A MISDEMEANOR.

36913+1614-27-C015 NO llul.t.ll.ll.lll.ll..llllllllllll.ll..l.lll.lll.lll..lll.ll.lllllllllll
13-000099518-002 · Sole proprietorship  06/30/2008

| TYPE OF LICENSE | DESCRIPTION OF SERVICE | CLASSIFICATION OF SERVICE | FEES |
|---|---|---|---|
| **Service** | SPECIAL PROCESS SERVER | A.S.A.P. PROCESS SERVER | 50.00 |

If no clearance is required as indicated below bring or mail this notice with fee payable to the Treasurer of Guam to the business license office on or before the expiration date to avoid penalty.

**CLEARANCE:**

**TO:**

ALLEN, CHRISTOPHER
PMB 386 1270 NORTH
MARINE DR STE 101
TAMUNING GUAM 96913

A.S.A.P. PROCESS SERVER

| | |
|---|---|
| **HOME** | LOT 6 TRACT 205 #43 8 CALLE DA |
| 472-1413 | TOTO GARDENS MONGMONG TOTO GUA |
| **BUSINESS** | |

If renewal notice is to be signed other than the applicant, a Power of Attorney in connection with such appointment must be attached.

_____          _____
Signature & Title                           Date

36913+1614-27 C015 lll.l.llll.lll.llll.lll.ll.l.ll.lll.ll.lll



TYPE: SPECIAL PROCEEDINGS       STATUS: OPEN       STATUS DATE: 12/15/1999

IN THE MATTER OF THE APPOINTMENT              ) CASE NO: SP0365-99
                                              )
                                              )
       OF                                     )
                                              )
CHRISTOPHER E. ALLEN                          )
as SPECIAL PROCESS SERVER                     )
                                              )
              Petitioner.                     )
                                              )
                                              )
_____)

JUDGE      ------------------------------------------------------------------
ATTORNEYS  ------------------------------------------------------------------

------------------------------------------------------------------
   FILING    PROCEEDINGS
   DATE      COMMENT

12/15/1999 CASH REGISTER TRANS
           CASH REGISTER TRANS
12/15/1999 MOTION
           MTN FOR APPOINTMENT OF SPECIAL PROCESS
           SERVER
12/15/1999 ORDER
           ORDER APPOINTING SPECIAL PROCESS SERVER
02/17/2000 MOTION
           MTN FOR APPOINTMENT OF SPECIAL PROCESS
           SERVER
02/17/2000 ORDER
           ORDER APPOINTING SPECIAL PROCESS SERVER
05/03/2000 MOTION
           MTN FOR APPOINTMENT OF SPECIAL PROCESS
           SERVER
05/03/2000 ORDER
           ORDER APPOINTING SPECIAL PROCESS SERVER
08/24/2000 MOTION
           MTN FOR APPOINTMEN OF SPECIAL
           PROCESS SERVER
08/24/2000 ORDER
           ORDER APPOINTING SPECIAL PROCESS SERVER
           SIGNED BY:
           JUDGE A.LAMORENA III
11/17/2000 MOTION
           MTN FOR APPT OF SPECIAL PROCESS SERVER
           SUBMITTED BY CHRISTOPHER E. ALLEN
11/17/2000 ORDER
           ORDER APPT SPECIAL PROCESS SERVER
           BY:ATTY C. ALLEN
03/08/2001 CASH REGISTER TRANS
           CASH REGISTER TRANS

TYPE: SPECIAL PROCEEDINGS          STATUS: OPEN          STATUS DATE: 12/15/1999

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FILING     PROCEEDINGS
 DATE       COMMENT

03/08/2001 MOTION
           MTN FOR APPOINTMENT OF SPECIAL
           PROCESS SERVER
03/08/2001 ORDER
           ORDER APPT SPECIAL PROCESS SERVER
           SIGNED BY:
           JUDGE A.LAMORENA III
04/26/2001 MOTION
           MTN FOR APPOINTMENT OF SPECIAL PROCESS
           SERVER
04/26/2001 ORDER
           MTN APPOINTING SPECIAL PROCESS SERVER
06/29/2001 MOTION
           MTN FOR APPOINTMENT OF SPECIAL PROCESS
           SERVER
           BY CHRISTOPHER E ALLEN - PETITIONER
07/24/2001 ORDER
           ORDER APPOINTING SPECIAL PROCESS SERVER
           PERIOD OF 90 DAYS FROM 7/24/01 TO
           10/24/01
           4TH APPROVAL
           SIGNED BY HON ALBERTO C LAMORENA III
                     PRESIDING JUDGE
09/06/2001 MOTION
           MTN FOR APPOINTMENT OF SPECIAL PROCESS
           SERVER
           SUB BY CHRISTOPHER E. ALLEN, PROCESS SVR
01/03/2002 UNSIGNED DOCUMENT(S)
           ORDER APPOINTING SPECIAL PROCESS
           SERVER
           SUB BY PETITIONER
01/03/2002 MOTION
           FOR APPOINTMENT OF SPECIAL PROCESS
           SERVER
           SUB BY PETITIONER
01/11/2002 ORDER
           ORDER APPOINTING SPECIAL PROCESS SERVER
           1ST APPROVAL FROM 1/11/02 - 4/11/02
           SUB BY CHRISTOPHER E. ALLEN, PROCESS SVR
01/11/2002 CASH REGISTER TRANS
           CASH REGISTER TRANS
03/13/2002 MOTION
           MTN FOR APPOINTMENT OF SPECIAL
           PROCESS SERVER
           SUB BY CHRISTOPHER ALLEN, PROCESS SERVER
04/30/2002 ORDER
           ORDER APPOINTING SPECIAL PROCESS SERVER
           SIGNED BY HON ALBERTO C LAMORENA III

TYPE: SPECIAL PROCEEDINGS        STATUS: OPEN        STATUS DATE: 12/15/1999

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    FILING    PROCEEDINGS
     DATE      COMMENT

                        PRESIDING JUDGE
07/23/2002 MOTION
              MOTION FOR APPOINTMENT OF SPECIAL
              PROCCESS SERVER
08/14/2002 ORDER
              ORDER APPOINTING PROCESS SERVER
              SIGNED BY HON ALBERTO C LAMORENA III
                        PRESIDING JUDGE
11/06/2002 MOTION
              MTN FOR APPT OF SPECIAL PROCESS
              SERVER
12/04/2002 ORDER
              ORDER APPT SPECIAL PROCESSSER SERVER
              SIGNED BY:
              JUDGE A.LAMORENA III
02/14/2003 MOTION
              MTN FOR APPOINTMENT OF SPECIAL PROCESS
              SERVER
              FILED BY CHRISTOPHER ALLEN
04/25/2003 CASH REGISTER TRANS
              CHRISTOPHER E.ALLEN
              CASH REGISTER TRANS
04/25/2003 ORDER
              ORDER APPOINTING PROCESS SERVER
              SUBMITTED BY CHRISTOPHER ALLEN
              SIGNED BY:
              JUDGE A.LAMORENA III
06/25/2003 MOTION
              MTN FOR APPTMENT OF SPECIAL PROCESS
              SERVER
              FILED BY C.E. ALLEN
07/23/2003 ORDER
              ORDER APPOINTING SPECIAL PROCESS SERVER
              BY:C. ALLEN
09/02/2003 MOTION
              MTN FOR APPT OF SPECIAL PROCESS SERVER
              FILED BY C.E.ALLEN
10/21/2003 ORDER
              ORDER APPTNG SPECIAL PROCESS SERVER
              SIGNED BY:
              JUDGE A.LAMORENA III
              C.E.ALLEN
11/25/2003 MOTION
              MTN FOR APPT OF SPECIAL PROCESS SERVER
              BY:C. ALLEN
11/25/2003 UNSIGNED DOCUMENT(S)
              ORDER APPT SPECIAL PROCESS SERVER
              BY:C. ALLEN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   FILING    PROCEEDINGS
    DATE      COMMENT

01/12/2004 MOTION
            MTN FOR APPTNG SPECIAL PROCESS SERVER
            SUB BY C.E. ALLEN
01/27/2004 ORDER
            ORDER APPOINTING SPECIAL PROCESS SERVER
            SIGNED BY:
            JUDGE A.LAMORENA III
05/13/2004 ORDER
            ORDER APPOINTING SPECIAL PROCESS SERVER
            SIGNED BY:
            JUDGE A.LAMORENA III
05/13/2004 MOTION
            MTN FOR APPTNG SPECIAL PROCESS SERVER
            SUB BY C.E. ALLEN
07/08/2004 MOTION
            MTN FOR APPOINMENT OF SPECIAL
            PROCESS SERVER
            BY:C. ALLEN
09/01/2004 CASH REGISTER TRANS
            CASH REGISTER TRANS
09/01/2004 ORDER
            ORDER APPOINTING SPECIAL PROCESS SERVER
            BY:C. ALLEN
11/29/2004 MOTION
            MOTION FOR APPOINTMENT OF SPECIAL
            PROCESS SERVER
            BY: C. ALLEN
12/28/2004 ORDER
            ORDER APPOINTING SPECIAL PROCESS SERVER
            SIGNED BY JUDGE ACLIII
            SUB BY: C. ALLEN
02/07/2005 MOTION
            MTN FOR APPTOF SPECIAL PROCESS SERVER
            BY:C. ALLEN
02/07/2005 UNSIGNED DOCUMENT(S)
            ORDER APPT SPECIAL PROCESS SERVER
04/13/2005 MOTION
            MTN FOR APPOINTMENT OF SPECIAL PROCESS
            SERVER
06/03/2005 MOTION
            MTN FOR APPOINTMENT OF SPECIAL PROCESS
            SERVER
06/03/2005 UNSIGNED DOCUMENT(S)
            ORDER APPOINTING SPECIAL PROCESS SERVER
06/17/2005 UNSIGNED DOCUMENT(S)
            ORDER APPOINTING SPECIAL PROCESS SERVER
09/12/2005 MOTION
            MTN FOR APPOINTMENT OF SPECIAL PROCESS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```
  FILING    PROCEEDINGS
   DATE     COMMENT

             SERVER
09/12/2005 UNSIGNED DOCUMENT(S)
             ORDER APPOINTING SPECIAL PROCESS SERVER
11/21/2005 MOTION
             FOR APPOINTMENT OF SPECIAL PROCESS
             SERVER
11/28/2005 ORDER
             ORDER APPOINTING SPECIAL PROCESS SERVER
             SIGNED BY:
             JUDGE A.LAMORENA III
01/05/2006 MOTION
             MOTION FOR APPOINMENT OF SPECIAL
             PROCESS SERVER
             BY:C. ALLEN
01/26/2006 ORDER
             ORDER APPOINTING SPECIAL PROCESS SERVER
             SIGNED BY JUDGE ACLIII
03/23/2006 MOTION
             MOTION FOR APPOINTMENT OF SPECIAL
             PROCESS SERVER
             BY:C. ALLEN
04/17/2006 ORDER
             ORDER APPOINTING SPECIAL PROCESS SERVER
             SIGNED BY JUDGE ACLIII
             04/17/06
06/13/2006 MOTION
             MTN FOR APPOINTMENT OF SPECIAL PROCESS
             SERVER
             SUB BY: CHRISTOPHER ALLEN
07/05/2006 ORDER
             ORDER APPOINTING SPECIAL PROCESS SERVER
             SUB BY: CHRISTOPHER ALLEN
             SIGNED BY JUDGE ACLIII
09/05/2006 MOTION
             MTN FOR APPOINTMENT OF SPECIAL PROCESS
             SERVER
             SUB BY: CHRISTOPHER ALLEN
09/27/2006 ORDER
             ORDER APPOINTING SPECIAL PROCESS SERVER
             SUB BY: CHRISTOPHER ALLEN
             SIGNED BY JUDGE ACLIII
             9/27/06
11/27/2006 MOTION
             MOTION FOR APPOINTMENT OF SPECIAL
             PROCESS SERVER
             BY:C. ALLEN
11/28/2006 ORDER
             ORDER APPOINTION SPECIAL PRECESS SERVER
```

TYPE: SPECIAL PROCEEDINGS      STATUS: OPEN          STATUS DATE: 12/15/1999

------------------------------------------------------------------------

   FILING    PROCEEDINGS
    DATE      COMMENT

              BY:C. ALLEN
02/01/2007 MOTION
              MTN FOR APPOINTMENT OF SPECIAL PROCESS
              SERVER
              SUB BY: CHRISTOPHER ALLEN
02/09/2007 ORDER
              ORDER APPOINTING SPECIAL PROCESS SERVER
              SIGNED BY JUDGE ACLIII 2/9/07
04/19/2007 MOTION
              MTN FOR APPOINTMENT OF SPECIAL PROCESS
              SERVER
              SUB BY: CHRISTOPHER ALLEN
04/21/2007 LETTER
              LETTER
04/23/2007 LETTER
              LETTER
              BY:C. ALLEN
05/03/2007 ORDER
              ORDER APPOINTING SPECIAL PROCESS SERVER
              SIGNED BY JUDGE ACLIII 5/3/07
07/23/2007 MOTION
              MTN FOR APPOINTMENT OF SPECIAL PROCESS
              SERVER
              SUB BY: CHRISTOPHER ALLEN
07/24/2007 ORDER
              ORDER APPOINTING SPECIAL PROCESS SERVER
              SIGNED BY JUDGE ACLIII 7/24/07
08/21/2007 ORDER
              ORDER
              SIGNED BY JUDGE ACLIII TERMINATING
              SPS UNTIL FURTHER NOTICE
08/24/2007 AFFIDAVIT OF SERVICE
              AFFIDAVIT OF SERVICE
              SERVED UPON: CHRISTOPHER E. ALLEN
              DOCUMENT SERVED: ORDER
              DATE SERVED: 08/21/07
              TIME SERVED: 210PM
              SERVED BY: MSHL GODWIN QUITUGUA
09/11/2007 CASH REGISTER TRANS
09/11/2007 UNSIGNED DOCUMENT(S)
              PROPOSED EXPARTE ORDER
              MOVANTS EXPARTE APPLICATION FOR
              RECONSIDERATION SUBMITTED ON 09/11/2007
              WILL BE DULY HEARD BY THE COURT AT
              1:30 PM ON 09/11/2007.
              SIGNED BY
09/11/2007 RECORDING LOG
              RECORDING LOG

TYPE: SPECIAL PROCEEDINGS       STATUS: OPEN        STATUS DATE: 12/15/1999

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  FILING    PROCEEDINGS
   DATE      COMMENT

                              JUDGE ACLIII

09/11/2007 MEMORANDUM
             MEMORANDUM IN SUPPORT OF EXPARTE
             APPLICATION FOR A MOTION FOR
             RECONSIDERATION.
             SUMITTED BY WILLIAM GAVRAS
09/11/2007 EXPARTE
             EXPARTE APPLICATION FOR A MOTION FOR A
             RECOMSIDERATION
             BY:ATTY W. GAVRAS
10/22/2007 RECORDING LOG
             RECORDING LOG
             CLERK:                    JUDGE ACLIII
             TAPE#:
             LOG# :
             NEXT HEARING DATE:
             PROCEEDINGS:

William L. Gavras, Esq.
**LAW OFFICES OF WILLIAM L. GAVRAS**
**A Professional Corporation**
2nd Floor, J & R Building
**208 Route 4**
**Hagatna, Guam 96910**
**Telephone: (671) 472-2302**
**Facsimile: (671) 472-2342**

**Attorneys for Plaintiff**
**CHRISTOPHER ALLEN**

FILED
SUPERIOR COURT
OF GUAM

2007 FEB 15 PM 2: 46

CLERK OF COURT
BY:___

## IN THE SUPERIOR COURT
## OF GUAM

| | | |
|---|---|---|
| **CHRISTOPHER ALLEN** | ) | **CIVIL CASE NO.** |
| | ) | **CV 0191-07** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SUMMONS** |
| | ) | |
| **JOHN YOUNG and** | ) | |
| **IAN RICHARDSON,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO: IAN RICHARDSON

**YOU ARE HEREBY SUMMONED AND REQUIRED** to serve upon the Law Offices of William L. Gavras, Plaintiff's attorney, whose address is 2nd Floor, J & R Building, 208 Route 4, Hagåtña, Guam 96910, an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

RICHARD B. MARTINEZ, Clerk of Court
Superior Court of Guam

FEB 1 5 2007
Dated:_____    By *Benny O. Cruz*
                              DEPUTY CLERK

*Exhibit B*

William L. Gavras, Esq.
**LAW OFFICES OF WILLIAM L. GAVRAS**
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagatna, Guam 96910
Telephone: (671) 472-2302
Facsimile: (671) 472-2342

**Attorneys for Plaintiff**
**CHRISTOPHER ALLEN**

FILED
SUPERIOR COURT
OF GUAM

2007 FEB 15 PM 2: 44

CLERK OF COURT
BY:

## IN THE SUPERIOR COURT
## OF GUAM

| | |
|---|---|
| **CHRISTOPHER ALLEN** ) | **CIVIL CASE NO.** |
| ) | **CV 0191-07** |
| **Plaintiffs,** ) | |
| ) | **COMPLAINT FOR ASSAULT AND** |
| **vs.** ) | **BATTERY; AND DEMAND FOR** |
| ) | **JURY TRIAL** |
| **JOHN YOUNG and** ) | |
| **IAN RICHARDSON,** ) | |
| ) | |
| **Defendants.** ) | |

Comes Now Plaintiff, by and through counsel and for his Complaint state as follows:

### GENERAL ALLEGATIONS COMMON TO ALL COUNTS

1.  Plaintiff CHRISTOPHER ALLEN is a resident of Guam.

2.  Defendants JOHN YOUNG and IAN RICHARDSON are residents of Guam.

3.  All actions complained of herein occurred in Guam.

<u>Allen v. Young et. al.</u>
**Complaint for Assault And Battery; and Demand for Jury Trial**
**February 2007**

4.      This Court has jurisdiction over all acts complained of herein by virtue of 7

G.C.A. Section 3105, et. seq.

## COUNT I – ASSAULT AND BATTERY

5.      On or about February 3, 2007 at Guam Memorial Hospital in Tamuning.

Guam both Defendants acting separately and/or in concert intended to:

a.      place Plaintiff ALLEN in immediate apprehension of violent physical

contact;

b.      cause harmful and/or offensive physical contact with Plaintiff

ALLEN and did attack Plaintiff ALLEN by *inter alia* grabbing him, blocking him, and

marking physical contact with him thereby causing harmful and/or offensive physical

contact to Plaintiff ALLEN.

6.      As a direct and proximate result of the Defendants' above stated actions,

Plaintiff ALLEN sustained mental aguish, suffering and loss of enjoyment of life and will

be forced to incur medical expenses.

7.      As a direct and proximate result of the Defendants' above stated actions,

Plaintiff ALLEN has sustained general and special damages in an amount to be

determined at trial.

8.      The above stated actions of Defendants were willful, oppressive,

intentional, and with a reckless disregard of the rights of Plaintiff ALLEN thereby

entitling Plaintiff ALLEN to punitive and/or exemplary damages.

2

<u>Allen v. Young et. al.</u>
**Complaint for Assault And Battery; and Demand for Jury Trial**
**February 2007**

**WHEREFORE** Plaintiff prays for judgment against Defendants jointly and severally as follows:

1.     General Damages in an amount to be determined at trial;

2.     Special Damages in an amount to be determined at trial;

3.     Punitive and/or exemplary damages;

4.     Costs;

5.     Pre and Post Judgment Interest;

6.     For any other relief this Honorable Court deems appropriate.


## DEMAND FOR JURY TRIAL

Plaintiff CHRISTOPHER ALLEN hereby demands a jury of twelve (12) in the above-entitled matter.

Respectfully Submitted,

LAW OFFICES OF GORMAN & GAVRAS

Date: February 13, 2007.

BY

WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
CHRISTOPHER ALLEN

3

FILED
SUPERIOR COURT
OF GUAM

2007 FEB 22 AM 10:11

CLERK OF COURT

BY:_____

# IN THE SUPERIOR COURT OF GUAM

CHRISTOPHER ALLEN,                    }
                                      }     Civil Case No. **CV0191-07**
                                      }
                      Plaintiff,      }          **N O T I C E**
                                      }
        Vs                            }
                                      }
JOHN YOUNG and                        }
IAN RICHARDSON,                       }
                                      }
                      Defendant.      }
_____      }

TO:    **WILLIAM L. GAVRAS, ESQ.**

        As directed by the Presiding Judge, pursuant to 7 GCA Guam Code Annotated, Section 4103, (as amended by Public Law 24-139), the above entitled case is assigned to **THE HONORABLE STEVEN S. UNPINGCO.**

        Dated this 22nd day of February, 2007.


                                        _____
                                        Richard B. Martinez
                                        Clerk of Court

RECEIVED
APR 2 2 2008
YDLIFFE & COOK
2:44 PM

CHRISTOPHER E. ALLEN
1270 N. MARINE DR. STE. 101
TAMUNING, GUAM   96913
(671) 427-1413
(671) 476-3190
  Cell...678-4130

SUPERIOR COURT
OF GUAM

2006 NOV 28  PM 3: 04

CLERK OF COURT

BY _____

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| IN THE MATTER OF THE APPOINTMENT OF, ) | SPECIAL PROCEEDINGS |
| ) | CASE NO:  SP 0365-99 |
| ) | |
| vs.  ) | ORDER APPOINTING SPECIAL |
| ) | PROCESS SERVER |
| ) | |
| Christopher E. Allen  ) | |
| as Special Process Server  ) | |
| ) | |
| Petitioner.  ) | |
| ) | |

Petitioner, Christopher E. Allen having moved this Court for an order appointing him as

Special Process Server, pursuant to Rule 4 (c) and Section 410of the Code of Civil Procedure,

and good cause appearing therefore,

IT IS HEARBY ORDERED that Christopher E, Allen a resident of the unincorporated

Territory of Guam who is a competent person over eighteen (18) years of age, is hereby

appointed to Serve Process in any and all actions in this court.

Said appointment is to be effective up to ninety (90) days.

IT IS SO ORDERED     NOV 28 2006

Original Signed By:
HON. ALBERTO C. LAMORENA III
_____
HONORABLE  ALBERTO C. LAMORENA, III
PRESIDING JUDGE, SUPERIOR COURT OF GUAM

is a full true and exact copy of the
original on file in the office of the
clerk of the Superior Court of Guam.

NOV 28 2006

Ryan T. Balajadia
Deputy Clerk, Superior Court of Guam

Exhibit C.

CHRISTOPHER E. ALLEN
1270 N. MARINE DR. STE. 101
TAMUNING, GUAM    96913
(671) 427-1413
(671) 476-3190

FILED
SUPERIOR COURT
OF GUAM

'07 MAY -3 P1 10: 05

CLERK OF COURT

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| IN THE MATTER OF THE  APPOINTMENT OF, ) | SPECIAL PROCEEDINGS |
| ) | CASE NO: SP 0365-99 |
| ) | |
| vs. ) | ORDER APPOINTING SPECIAL |
| ) | PROCESS SERVER |
| ) | |
| Christopher E. Allen ) | |
| as Special Process Server ) | |
| ) | |
| Petitioner. ) | |
| ) | |
| ) | |

Petitioner, Christopher E. Allen having moved this Court for an order appointing him as

Special Process Server, pursuant to Rule 4 (c) and Section 410of the Code of Civil Procedure,

and good cause appearing therefore,

IT IS HEARBY ORDERED that Christopher E, Allen a resident of the unincorporated

Territory of Guam who is a competent person over eighteen (18) years of age, is hereby

appointed to Serve Process in any and all actions in this court.

Said appointment is to be effective up to ninety (90) days.

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam
Dated at Hagatna, Guam

MAY 0 3 2007

Benny O. Cruz
Deputy Clerk Superior Court of Guam

IT IS SO ORDERED _____ MAY 0 3 2007

Original Signed By:
Hon. Alber  C. Lamorena, III

HONORABLE  ALBERTO C. LAMORENA, III
PRESIDING  JUDGE, SUPERIOR COURT OF GUAM



 Hotmail          Today | Mail | Calendar | Contacts

tyconkuma@hotmail.com

🔁 Reply | 📩 Reply All | 📩 Forward | ✗ Delete | ✉ Junk | 📁 Put in Folder ▼ | 🖨 Print View | 📇 Save Address

From :     <irichardson@pol.net>
Sent :     Thursday, October 4, 2007 11:47 AM
To :       tyconkuma@hotmail.com
Subject :  PLEASE PASS ON TO PROSECUTING ATTORNEY

▲ | ♦ | ✗ | 📥 Inbox

*NGS off*
*Connie  47*
*Merei*
*# 315*

Dear Connie,  *[handwritten]*

as the AG's Victim's Advocate I'm asking you to PLEASE pass this email on to the attorney prosecuting this matter. I previously discussed all of this with Assistant AG Mr Kinnunen at the time of the Grand Jury hearing, who noted that this matter was not pertinent at that time. It is pertinent now with a trial approaching.

I have no issue with my medical record being passed on to a neutral lawyer defending Mr Allen, but I ABSOLUTELY DO NOT AGREE WITH MY RECORDS BEING PASSED ON TO MR BILL GAVRAS.

I have never met Mr Gavras, but Mr Gavras will surely become a witness in this matter once I testify. Mr Gavras was my assailant's employer. The assailant was Mr Gavras' paid agent at the time of this crime. This assault occured only because Mr Gavras chose to send Mr Allen into GMH on Mr Gavras' business. Mr Gavras either knew, or surely had a duty to have known, that the man he employed to enter the hospital, a place of peace and human caring, had a long history of violence, fighting and assault. Mr Gavras has clear interests of his own to escape his employee being held responsible for this assault. I was informed by GPD (Officer J.P. Duenas) that even before GPD came to the hospital to respond to GMH's call for help that Mr Gavras had already taken his employee, or agent, Mr Allen, down to the police station and made deceitful accusations against me, who he has never met, upon which untruths at least one GPD officer (J.P. Duenas) was temporarily willing to take action.

I have already been told by a GPD officer that Mr Gavras has told what I consider to be flagrant lies about me in order to protect his employee or agent. Surely it is utterly unfair for the victim of a crime to be cross-examined by his assailant's employer.

Please pass this on to the appropriate authority.

Thank you,

Ian Richardson


> On Sun, September 30, 2007 7:32 pm EDT, connie merei wrote:
>
>
> Doc, Just a note to let you know your medical information is about to be
> turned over to defense as required. I am asked to inform you of this and get
> a response ASAP as to your OK. Please respond.
> Thank you..........Connie
>
>
> _____
> Express yourself instantly with MSN Messenger! Download today it's FREE!

**msn.**


**From :** &lt;irichardson@pol.net&gt;
**Sent :** Thursday, June 28, 2007 1:05 PM
**To :** &lt;tyconkuma@hotmail.com&gt;
**Subject :** RE: inquiry



I ~~was working,~~ " somewhat as a courtesy to me ~~by GMH this week,~~ though 
not in the ER, as I still do not have neurological clearance to work with
sick patients.



&gt;
&gt;
&gt;
&gt;
&gt;
&gt;
&gt;&gt;From: &lt;irichardson@pol.net&gt;
&gt;&gt;To: &lt;tyconkuma@hotmail.com&gt;
&gt;&gt;Subject: RE: inquiry
&gt;&gt;Date: Wed, 27 Jun 2007 03:45:13 -0400 (EDT)
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt; &gt;
&gt;&gt; &gt;&gt;From: &lt;irichardson@pol.net&gt;
&gt;&gt; &gt;&gt;To: &lt;tyconkuma@hotmail.com&gt;
&gt;&gt; &gt;&gt;Subject: inquiry
&gt;&gt; &gt;&gt;Date: Sun, 24 Jun 2007 05:32:32 -0400 (EDT)
&gt;&gt; &gt;&gt;
&gt;&gt; &gt;&gt;Hi Connie,
&gt;&gt; &gt;&gt;
&gt;&gt; &gt;&gt;I wonder if you remember me, I'm the doctor who got assaulted while
&gt;&gt; on
&gt;&gt; &gt;&gt; duty at GMH ER almost 5 months ago, and I'm wondering what is
&gt;&gt; happening with the prosecution of my assailant.  I have been told
&gt;&gt; by David Mair that my medical records documenting the brain damage
&gt;&gt; I suffered in this assault have been forwarded to Ms Corbet, and as
&gt;&gt; a victim I would very much like to meet with the authorities

Case 1:08-cv-00006     Document 1-2     Filed 06/06/2008     Page 17 of 56

>> responsible for addressing this.
>> >>
>> >>Thank you, Ian Richardson
>> >>
>> >>
>> >
>> > _____
>> FREE pop-up blocking with the new MSN Toolbar - get it now!
>> > http://toolbar.msn.click-url.com/go/onm00200415ave/direct/01/
>>
>>
>>
>
> _____
> Express yourself instantly with MSN Messenger! Download today it's FREE!
;> http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/

Case 1:08-cv-00006    Document 1-2    Filed 06/06/2008    Page 18 of 56





  Today | Mail | Calendar | Contacts

tyconkuma@hotmail.com

🖋 Reply | 🖋 Reply All | 📧 Forward | ✗ Delete | 📭 Junk | 📂 Put in Folder ▾ | 🖨 Print View | 📇 Save Address

| From : | <irichardson@pol.net> |
| Sent : | Wednesday, June 27, 2007 5:45 PM |
| To : | <tyconkuma@hotmail.com> |
| Subject : | RE: inquiry |

⊼ | ❤ | ✗ | 📇 Inbox





```
>
>
>
>>From: <irichardson@pol.net>
>>To: <tyconkuma@hotmail.com>
>>Subject: inquiry
>>Date: Sun, 24 Jun 2007 05:32:32 -0400 (EDT)
>>
>>Hi Connie,
>>
>>I wonder if you remember me, I'm the doctor who got assaulted while on
>> duty at GMH ER almost 5 months ago, and I'm wondering what is happening
>> with the prosecution of my assailant.  I have been told by David Mair
>> that my medical records documenting the brain damage I suffered in this
>> assault have been forwarded to Ms Corbet, and as a victim I would very
>> much like to meet with the authorities responsible for addressing this.
>>
>>Thank you, Ian Richardson
>>
>>
>
> _____
> FREE pop-up blocking with the new MSN Toolbar - get it now!
> http://toolbar.msn.click-url.com/go/onm00200415ave/direct/01/
```

http://by103fd.bay103.hotmail.msn.com/cgi-bin/getmsg?msg=B5B6958F-98C7-4CDC-97...   6/28/2007



Hotmail

Today | Mail | Calendar | Contacts

tyconkuma@hotmail.com

Reply | Reply All | Forward | Delete | Junk | Put in Folder ▾ | Print View | Save A

| From : | <irichardson@pol.net> |
| Sent : | Friday, March 30, 2007 2:26 PM |
| To : | <tyconkuma@hotmail.com> |
| Subject : | Request for meeting with Prosecutor involved with my assault case |

⬆ | ⬇ | ✕ | Inbox

Connie,



About three weeks ago I provided the AG's office with a copy of the MRI
reading of my brain, read by a board certified radiologist (Dr Michael
Schneider, who had arrived on island from Calirodnia some days prior to
this reading, and who I had not even met, but he is certainly an expert).
This report concludes "... FINDING IS LIKELY A MANIFESTATION OF A
CONTUSION WITH A PETECHIAL BLOOD FOCUS IN THE HIPPOCAMPUS," which
translated means a bruise (= acute traumatic injury) with bleeding into
the hippocampus.  This in a healthy man who was at work with no prior head
injury and no symptoms until he got assaulted.



Thank you, Ian



**Hotmail**     Today | Mail | Calendar | Contacts

tyconkuma@hotmail.com

Reply | Reply All | Forward | X Delete | Junk | Put in Folder ▾ | Print View | Save Address

| From : | <irichardson@pol.net> | ▲ | ● | X | Inbox |
| Sent : | Monday, April 2, 2007 4:40 PM | | | |
| To : | <tyconkuma@hotmail.com> | | | |
| Subject : | RE: status update | | | |

```
>
>
>
>
>
>
>
>
>>From: <irichardson@pol.net>
>>To: <tyconkuma@hotmail.com>
>>Subject: RE: status update
>>Date: Sun, 1 Apr 2007 05:15:18 -0400 (EDT)
>>
>>Connie,
>>
>>
>>
>>
>>I heard results this weekend from where I went for my referral (that's
>> Mount Sinai Medical Center in New York City -- for what it's worth,
>> "the official neuro trauma center to the Pentagon").  First what they
>> found they are very confident will eventually fully resolve -- so I'm
>> feeling much more at ease.
>>
>>On their MRI (they did several studies not available here) they see
>> "axonal shearing in deep frontal white matter", which if you don't mind
>> using your discarded nurses hat essentially means nerve cell axons
>> ("connecting wiring") have been disrupted, which results in slowed
>> nerve impulse transmission, and absolutely correlates with my symptoms.
>>  The rest of my brain looks so healthy with no sign of any other
>> underlying pathological process (I must thank my family for healthy
>> genes, and my lifelong taste for long-distance sports) that they are
>> certain this defect is a result of acute trauma, and will say so.
>>
>>They say they will try and get their report out this week, and I will
>> of course get it to you promptly.
>>
>>Thanks, Ian
>>
```





### Hotmail

| Today | Mail | Calendar | Contacts |

tyconkuma@hotmail.com

↺ Reply | ↺ Reply All | ↻ Forward | ✕ Delete | ▣ Junk | ⊞ Put in Folder ▾ | ⊟ Print View | ▣ Save Address

From :  &lt;irichardson@pol.net&gt;                        ↩ | ↻ | ✕ | ▣ Inbox
Sent :  Wednesday, March 21, 2007 11:06 AM
To :    &lt;tyconkuma@hotmail.com&gt;
Subject :   RE: contact from Ian Richardson

Hi Connie, and thank you for asking!

We got back from New York last night.

I'm definitely doing better, much more myself in energy and speech.

The doctors there do see some traumatic brain injury but are very
encouraging that eventually I should fully recover. They ran me through a
batch of tests/etc to try and figure out just what's going on, with
peculiar, yet overall encouraging outcome. It did sort of explain the
difficulty I've been experiencing yet not quite able to put my finger on.
My access to language is pretty much normal so long as I'm the one setting
the agenda, but which results in me avoiding any complicated or abstract
subjects. But when language is presented to me involving non-immediate or
non-practical matters I miss it. Hence I think I get confused as I don't
seem to realize that I've missed something. Anyway, because so much of my
functioning has returned, such that the remaining defect must be in a
pretty small bit of brain, and as I've gotten so much better in what they
see as a short time (though 6 weeks feels like forever to me!), they are
being extremely optimistic, which I'm doing my best to remember.

I imagine we whall speak soon. I do not have the medical report yet as
they intend to prepare some kind of package and forward the whole thing.

Be well, Ian


&gt; HI IAN;
&gt; ARE YOU BACK YET ? WHAT HAPPENED ? ARE YOU OK? CONNIE
&gt;
&gt;
&gt;&gt;From: &lt;irichardson@pol.net&gt;
&gt;&gt;To: &lt;tyconkuma@hotmail.com&gt;
&gt;&gt;Subject: RE: contact from Ian Richardson
&gt;&gt;Date: Thu, 15 Mar 2007 00:10:15 -0400 (EDT)
&gt;&gt;
&gt;&gt;Hi Connie,
&gt;&gt;
&gt;&gt;I just got back from the referral doctor here. They re-did the MRI
&gt;&gt; with additional techniques and some other tests, and I have to go
&gt;&gt; on Friday (Saturday Guam time) for some more specific ones, and perhaps
&gt;&gt; to get sone results. It's a very big place and I suspect they might
&gt;&gt; not get their results together very quickly, but I guess we'll see.



>> We're returning to Guam on Monday, so I'll bring back whatever they
>> have unless they decide to forward it later.
>>
>>Thanks, Ian
>>
>>
>>
>> > Hi there doc.
>> > Just got an update from Atty. Corbet, she said to ask you to fax
>> your off  island medical information to her at 477-3390. I am glad
>> to hear you are  continuing to do better. Connie
>> >
>> >
>> >>From: <irichardson@pol.net>
>> >>To: <tyconkuma@hotmail.com>
>> >>Subject: RE: contact from Ian Richardson
>> >>Date: Tue, 13 Mar 2007 09:45:50 -0400 (EDT)
>> >>
>> >>Yes, well I suppose some cultural habits come to the fore here.  I
>> seem
>> >> to have a need to reply "Oh I'm doing better."  My animal health is
>> certainly healing though my capacity for complex thought remains
>> distressingly defective, as though on some plateau.  It feels
>> difficult to think of returning to a community where such an
>> assault can occur to such general indifference.  I know that is a
>> purely personal reaction, but it is strongly mine.  We always say
>> you shouldn't personalize a public
>> >>situation, but I can't seem to take my own head in a non-personal
>> way.
>> >>
>> >>
>> >>
>> >> > Good morning, I'm very happy to hear you continue to improve.
>>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> >> >
>> >> >
>> >> >>From: <irichardson@pol.net>
>> >> >>To: <tyconkuma@hotmail.com>
>> >> >>Subject: RE: contact from Ian Richardson
>> >> >>Date: Sun, 11 Mar 2007 12:54:06 -0400 (EDT)
>> >> >>
>> >> >>Hi Connie, I wonder if any movement on my complaint?
>> >> >>
>> >> >>I seem to continue to improve.  Energy increasingly reliable,
>> though
>> >> >> thinking still a bit dicey.
>> >> >>
>> >> >>Thanks, Ian
>> >> >>
>> >> >>
>> >> >> >▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> >> >> >▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> >> >>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> >> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> >>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> >> >>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> >>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> >>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> >>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

```
>>
>>
>> >> >> >
>> >> >> >
>> >> >> >>From: <irichardson@pol.net>
>> >> >> >>To: <tyconkuma@hotmail.com>
>> >> >> >>Subject: contact from Ian Richardson
>> >> >> >>Date: Sun, 4 Mar 2007 01:54:06 -0500 (EST)
>> >> >> >>
>> >> >> >
>> >> >> >
>> >> >>
>> >> >>
>> >> >>
>> >>
>> >>
>> >>
>> >> >> >>
>> >>
>> >
>> >
>> >> >>
>> >> >> >>
>> >> >>
>> >> >> >>
>> >> >> >>
>> >> >> >>
>> >> >> >>
>> >> >> >>
>> >> >> >
>> >> >> >
>> >> >> Express yourself instantly with MSN Messenger! Download today
>> it's
>> >> FREE!
>> >> >> >    http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/
>> >> >>
>> >> >>
>> >> >>
>> >> >
>> >> >    _____
>> >> Express yourself instantly with MSN Messenger! Download today it's
>> >> FREE!
>> >> >    http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/
>> >>
>> >>
>> >>
>> >
>> >    _____
>> Express yourself instantly with MSN Messenger! Download today it's
>> FREE!
>> >    http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/
>>
>>
>>
>
>
>    _____
> Express yourself instantly with MSN Messenger! Download today it's FREE!
>    http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/
```

Get the latest updates from MSN

Case 1:08-cv-00006    Document 1-2    Filed 06/06/2008    Page 25 of 56



 Hotmail     **Today** | **Mail** | **Calendar** | **Contacts**

tyconkurna@hotmail.com

🖈 Reply | 🖈 Reply All | 🖈 Forward | ✕ Delete | ✉ Junk | 📁 Put in Folder ▾ | 🖨 Print View | 💾 Save Address

| From : | <irichardson@pol.net> |
|--------|------------------------|
| Sent : | Tuesday, March 27, 2007 8:07 PM |
| To : | <tyconkurna@hotmail.com> |
| Subject : | status update |

Hi Connie,

I really want to find out what's going on with this assault matter. 

It's been almost two months and I have to try and get my life up and
running again.  Back in the states it was really not possible to explain
to friends and family just what had happened.  Beaten to brain damage by a
well known thug while on duty in the hospital and no one charged?



Thanks, Ian

>
>
>
>
>>From: <irichardson@pol.net>
>>To: <tyconkurna@hotmail.com>
>>Subject: RE: contact from Ian Richardson
>>Date: Thu, 15 Mar 2007 00:10:15 -0400 (EDT)
>>
>>Hi Connie,
>>
>>I just got back from the referral doctor here.  They re-did the MRI
>> with additional techniques and some other tests, and I have to go back
>> on Friday (Saturday Guam time) for some more specific ones, and perhaps
>> to get some results.  It's a very big place and I suspect they might
>> not get their results together very quickly, but I guess we'll see.
>> We're returning to Guam on Monday, so I'll bring back whatever they
>> have unless they decide to forward it later.
>>




**Statement by Dr. Richardson on News Talk K-57 on 2/28/07 on the Patty Live Show**

**Patty:** In comes the process Server who delivers what he was going to serve, the documents, Dr. Ian Richardson was on his way out and he was mowed down quite quickly by the Process Server and Dr. Richardson lay there injured and has yet to return to the emergency room at the Guam Memorial Hospital. Dr. Ian Richardson after several weeks in private conversations over the telephone has agreed to discuss to this on the air. Dr. Richardson, are you there?

**Dr. Richardson:** Yes I am.

**Patty:** How are you? Thank you for taking our call this morning. How are you feeling this morning?

**Dr. Richardson:** Well, I guess not so bad.

**Patty:** Well, we first told this story last month and I'm assuming I'm getting it right, that you and Dr. Young, who is a radiologist at GMH, and I'll you know that I did talk to Dr. Young, and he told us that he was being served the documents that the Process Server came in to deliver were for him, and in my conversation subsequent with you, you say that that is a common occurrence, that you get served all the time as doctors.

**Dr. Richardson:** Oh, not in the hospital, no.

**Patty:** It is a common practice to be served, to go to court.

**Dr. Richardson:** Yes, but if they have papers for us, they call us. I mean, the hospital has protocols for this. You can't interrupt people taking care of patients. What the hospital does, and this is not uncommon, the Process Server calls the hospital and gets our phone number and calls us. And we set up a convenient time to bring the papers and we sign for them. I got served with some little thing just a week or so ago and just like that, they called me up, but (SIGH)...

**Patty:** But when you get served, you get served because you get called to testify or be witness to injuries that were sustained in a traffic accident or some sort of crime.

**Dr. Richardson:** That's mostly, but this situation, I had no idea this guy was a Process Server and I don't really know what their issue was with Dr. Young. I don't really know anything about this. I was just at work, sitting, looking at CAT Scans when this person came in and I had no way to know who he was, and I got hit in the head, I get knocked out, and I get injured. And the brain scan shows some bleeding into my brain, and I tried to go back to work 3 times, but I simply...

1

*Exhibit*

**Patty**: But it's difficult for you to return to the emergency room.

**Dr. Richardson**: Well, I'm incapable of doing the job and, I mean, when this happened, well, that's how it is, and the police, the assailant, and the assailant's lawyer, who are known to the police, but GPD made no assault charges against him. I've never met this person before, or since, but people who say to me they know him, say he's been on the island a long time and they tell me he's been arrested many times for violence, used to fight as an extreme fighter, and when the police came to take the report from him, the police officer who came was either a friend or a part-time colleague of the assailant. The police office told me this.

**Patty**: He told you he knew of this person, this Process Server, and they worked together in the same business.

**Dr. Richardson**: Well, it was so difficult for me to get GPD to take…, now, I don't want to think, I've never had any problem with GPD. I've worked in GMH ER for almost 10 years, and I never had any problem there. I like working there very much. And we work quite closely with GPD on assaults, motor vehicle accidents, on you know, if there are any violence or murders. I've never had any problem. To me GPD has always been courteous, thorough, and very professional. I've never had a problem.

**Patty**: Did you call the police, or did someone call the police for you.

**Dr. Richardson**: Well, I'm not sure, but when I was knocked out, I don't know what happened for a while. I know GMH security chased a man out of the ER, and they got the license number to his car, and I'm assuming they called him. The police got here not long after the assault, and I… .

**Patty**: And did they take a statement from you?

**Dr. Richardson**: Well, partially. The police officer that came to take the statement was just weirdly aggressive to me. I couldn't figure out why he was being aggressive. I ended up speaking to his supervisors, and they took him outside and when he came back he told me, "Well, I'm sorry. I work as a Process Server, and I know how things work." You know, GMH Administration, since this time, have repeatedly tried to get GPD to prosecute this man for trespassing and for assault. The GPD have simply refused. I spoke to Chief Suba, maybe 2 weeks ago. I was really unable to function for about a week. So about a week later, when I could function better, I called, and Chief Suba told me, this is about a week after the assault, the initial officer's report, had stated, that there were no witnesses to this assault and that there was no real injury.

**Patty:** Wait, now Dr. Young was in the room. Did he not witness what happened?

**Dr. Richardson:** Well, yes. Dr. Young told me that the initial office asked him one question and left. The officer left the emergency department before I had even finished telling him my complaint. Now, as I say, I spoke to Chief Suba. And when I first talked to him, I said, "Well, how can a doctor get knocked out at work, actually had brain damage, and you know who did it, and you don't arrest him." And that's when Chief Suba told me the office made a report saying that there were no witnesses and no real injury. At that time, Chief Suba told me that he would start an internal affairs investigation. Now, the GMH attorney has tried at least a couple of times to get a copy of that report. But GPD has refused to let us see it.

**Patty:** The report that of the incident that took place at GMH on that day.

**Dr. Richardson:** Yes, now, by my continuing to complain that they hadn't even interviewed me properly, never mind about the other witnesses. GPD re-interviewed me a week and a half ago, they interviewed John Young a week ago, they have a copy of the brain scan report documenting this injury in my brain. GMH has officially demanded trespassing and assault charges to try and keep GMH safe in the future. Now GPD told me this morning, they have now completed their reinvestigation and the only charges they are making are impersonating a police officer. Now, it just seems too bizarre to me that you can assault a doctor while he is working in the hospital, knock him out, cause damage to his brain, and if he knows some people in the police force, you don't even get charged for it. I just think a judge and jury should listen to this story and make a decision.

**Patty:** has this ever gone through the Attorney General's office? Have you been in contact with them?

**Dr. Richardson:** Well, I was told again by Chief Suba initially, that, this initial report from the initial office had gone to the AG's office. I have spoken to the victim's advocate at the AG's office and, (SIGH) I was told from what they were given, the AG's office had nothing to prosecute. They were told no injury, no witnesses, what were they meant to do. Now, I was told by GPD that they were going to send their report, their re-investigation to the AG's office today. But when I spoke to the office who was doing the reinvestigation, and I said, well, how can you not charge somebody with assault when...(laugh)

**Patty:** When you were clearly assaulted.

**Dr. Richardson:** You know they were assault. And he said to me, Wellm the initial office said that Dr. Young didn't witness anything. And when we re-interviewed Dr. Young, he said he did witness it, so his testimony is ..ugh..

**Patty:** Is it acceptable? ← K—57

**Dr. Richardson:** I suppose. . . .

**Patty:** But, Dr. Richardson, I understand that soon after this happened, you also made your way out of the area that you were at during this confrontation and you were also seen by the emergency physicians who were on duty that day.

**Dr. Richardson:** Yeah. ←   *move those*

**Patty:** Were they not witnesses to an injury? What was your state of mind.

**Dr. Richardson:** Well, I hadn't realized at the time that I had been knocked out. I lost about 10-15 minutes of time there where later people have told me about things that happened but I have no recollection. They told me I kind of ran off in the wrong direction and instead of going into the ER, I went off into the hospital. I don't have any recollection. I apparently then bumped into another doctor out in the middle of the hospital, who, I don't have any memory of this, I was just told. And I was seen in the ER.

**Patty:** You were treated for injuries. You're an emergency room physician and this is something you see from the other side, when a victim has been clearly attacked. What is your duty as the attending physician if a crime has been committed?

**Dr. Richardson:** Oh, sigh, I'm sorry, this is a...

**Patty:** It's ok. I know you've worked in emergency rooms, extensive experience in New York City. That must not be an easy task compared to working at GMH ER, but, so you get your share of these types of injuries that are caused in the commission of a crime. So do you have a particular responsibility if you know somebody is a victim of a crime when you're treating them to notify the authorities?

**Dr. Richardson:** Oh, the police were called immediately.

**Patty:** Were they called by the physician that was attending to you?

**Dr. Richardson:** Well, see, I don't really remember that period. I first spoke to GPD while I was still sitting in that room, while waiting to be examined. So the police must have got there pretty quickly. ←—

**Patty:** And there is a security guard that is positioned outside in that hallway by emergency anyway.

**Dr. Richardson**: yeah, and security were chasing the assailant.

**Patty**: How did he get in though in the area where you were? I'm assuming, I mean, I can't even get into an emergency room if I'm with a patient.

**Dr. Richardson**: Oh, it's again, people come in and out all the time. We're a hospital, not a prison.

**Patty**: Without going through security I mean.

**Dr. Richardson**: Well, we have about 4 or 5 doors into the ER and patients and family often leave the door a little open so they can get back in.

**Patty**: OK, I see, they're slightly ajar so anybody can...I understand.

**Dr. Richardson**: I don't have any complaint with out security. Most people that come into the ER are looking for help or are looking for their family members. And you know, security has to keep it safe but have to be sympathetic. And our security, I've seen, they've been very kind to people that come in. Can you get into that ER? Oh, if you want to. People do it everyday.

**Patty**: We're talking to Dr. Ian Richardson, the victim of an attack by a Process Server, who was trying to serve papers on another doctor that he was in discussion with at the hospital. And Dr. Ian Richardson seems to have been in the path of this Process Server's exit and was hit by a door as he swung it open and landed on the floor.

**Dr. Richardson**: Well, Patty, a little different.

**Patty**: What is that?

**Dr. Richardson**: I was pushed to the floor by this fellow. We were in a very small room, and very little spaces there, and (laughter), I kind of got pushed onto the floor and I remember lying on the ground, feeling my stethoscope and glasses on the floor and thinking to myself, this is the weirdest thing I have ever thought of.

**Patty**: You were seeking treatment off island and you're going to New York, is that what you were telling me today?

**Dr. Richardson**: We have started evaluation and we have found some damage and we have pretty old equipment here, you know a MRI 15 years old, and we're going to get some more thorough testing done.

**Patty**: Are you able Dr. Richardson at all to perform any services?

**Dr. Richardson**: No, I tried, I went back to the ER 3 times, and I don't really want to talk about it, what happened there. But I went back 3 times, I couldn't safely take care of people.

**Patty**: Dr. Richardson, I have been in contact with Police Chief Paul Suba, who is going to respond to this. And his show is going to come on in about 15 minutes and I'm going to try to track down more information as we can. We do have a blotter entry, I'm not going to release information on this blotter entry, I'm not going to release the information on this blotter entry, but we do have a 47 year old African American of Barrigada, who was arrested for impersonating as police, and it is key to this case that you are talking about. I'm going to contact you off the air for any more information we are able to receive for this. But the GPD is happy to respond to this, and if there is any further information you would like to give us, you know my number, and we can talk about...

**Dr. Richardson**: You know Patty, the only thing that I think is, a judge and jury need to listen to this. Look, I've worked since I was 16. I've never not worked. I paid for my school college, my medical school, I'm a working man. Now my future is not certain. That's now right.

**Patty**: Do you plan on taking nay other legal action if you can't get some criminal complaint filed?

**Dr. Richardson**: I can't think about that. I just have to hope that I'm going to be ok.

**Patty**: Dr. Richardson, what is the state of the ER now without you there? Do they have enough physicians?

**Dr. Richardson**: I don't know.

**Patty**: Hmm. We'll get that information as well from Peter Camacho. Dr. Richardson, thank you for taking our phone call. We appreciate you sharing your story.

**Dr. Richardson**: I appreciate your help in trying to...

**Patty**: Good luck to you.

1               *Dated this 9th day of August, 2007, by the*
         *Office of the Attorney General, Charles Kinnunen.*

2

3          After having heard the charges, the Defendant being

4  charged and the witnesses to be called, is there anyone who

5  has a state of mind such that it will prevent him or her from

6  deliberating impartially and without prejudice to the

7  substantial rights of the parties?

8          'Yes, sir?

9      THE GRAND JUROR:  Does this case have anything to do with

10 the -- this fellow trying to serve a subpoena?

11     MR. KINNUNEN:  Yes.

12     THE GRAND JUROR:  On behalf of, what?  Which Defendant?

13     MR. KINNUNEN:  Oh, the subpoena.  No, it's not a

14 subpoena.  But it is services.  And you'll find out if those

15 issues at the -- in the details.  If you have a question or at

16 any time during this proceeding you feel you cannot remain

17 fair and impartial, let me know at that time and we'll discuss

18 that.  But, right now, we don't have any evidence to -- and

19 we -- I can't speculate on evidence that's not presented and

20 I'm not suppose to speculate anyway or make any

21 (indiscernible) on evidence.  Okay.

22         All right.  Any perceived conflicts at this stage of

23 the proceeding?

24                (No Audible Response)

25     MR. KINNUNEN:  All right.  I'll call the first witness.

26         (Brief Pause for First Witness to be Called)

27         (Prosecutor and Witness Enter Grand Jury Room)

28 ///

*Rubber 2 Stamp*

*Exhibit*

PMB 386
1270 N. Marine Drive STE. 101
Tamuning, Guam 96913
(671) 476-3190   (671) 472-1413

# IN THE SUPERIOR COURT OF GUAM
## CIVIL CLAIMS DIVISION

FILED
SUPERIOR COURT
OF GUAM

NATHANIEL BERG, M.D.
GUAM RADIOLOTY CONSULTANTS
INC., and GUAM XRAY INC.,

)  CIVIL CASE NO. CV 1247-06 JAN 26  '01 11: 24
)
)
Plaintiff(s),  )
)  CLERK OF COURT
)
)  # DECLARATION
)
)  SERVICE [ XXXX ]
)
)  NON-SERVICE [   ]
vs.  )
GUAM MEMORIAL HOSPITAL AUTHORITY,  )
ROBERT KWOK, M.D. and JAMES STADLER,  )
M.D  )
Defendant(s).  )
)
)
)

I, Christopher E. Allen, declare that I am a licensed Process Server in the Territory of Guam, and I am not a party in the afore mentioned case, and that;

I served upon _____ JOHN YOUNG M.D. _____, the documents

listed below, personally [X ]  thru [   ] _____ at location

listed: _____ GUAM MEMORIAL HOSPITAL / _____

On the ___ 25th ___ day of ___ JANUARY ___, at the hour of ___ 4:35pm ___ pm [X ] am [   ] 2007

DOCUMENTS SERVED: [ ] SUMMONS AND COMPLAINT   [ ] JDX   [ ] O.S.C.
OTHER: _____ DEPOSITION SUBPOENA TO JOHN YOUNG, M.D. _____

Attempts: ___ NOTE: JOHN YOUNG M.D. tried to avoid service. ___

I, the signer below have read and affirmed that Mr. Allen has NOT declared himself to be a law enforcement official. Signed Received X ___ JOHN YOUNG ..REFUSED TO SIGN ___
→ SERVED PERSONALLY

No legal advice given:

Court Date: ___ N/A  2/05/07 ___

Time: _____ 11:00am _____

**Christopher E. Allen**

Special Process Server, SP 0365-99

**"I declare under the penalty of perjury that the foregoing is true and correct."**

# WILL M L. GAVRAS

A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910

Telephone: (671) 472-2302
Facsimile: (671) 472-2342
williamgavras@yahoo.com

**VIA HAND DELIVERY**

February 1, 2007

Dr. John Young
Guam Memorial Hospital Authority
850 Gov. Carlos Camacho Road
Tamuning, Guam 96911

Re: **Berg et. al. v. GMHA et. al.; CV1247-06**

Dear Dr. Young:

In addition to your deposition being taken by stenographic means, it will also be taken by audio and videotape.

Furthermore, please find enclosed check no. 9935 in the amount of $35.00 as a witness fee for the deposition.

Sincerely,

/William L. Gavras
WLG/lw

DEDEDO OFFICE: 101 Salisbury Street, Dededo, Guam 96929, Telephone: (671) 632-4357, Facsimile: (671) 632-4368

Admitted in Guam, CNMI and Missouri

FILE COPY

**LAW OFFICES OF GORMAN & GAVRAS, P.C.**
2nd Building 2nd Floor, 206 Route 4
HAGATNA, GU 96910

CITIZENS SECURITY BANK

9931

1/23/07

PAY TO THE
ORDER OF __John Young, M.D.__ $35.00

Thirty-Five and 00/100 —————————————— DOLLAR

X ————————————————

MEMO Witness Fee - Berg v. GMH, et al CV1247-04

⑈⑈009935⑈⑈ ⑊⑈121405212⑈⑈02000 15791⑈⑈

Christopher E. Allen
M / African-Amer. / Dob: 6/5/59
Ssn: 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
Res: 121 Taison Way, Barrigada (472-1413)
Occ: Special Process Server, Self-Emp. (678-4130)

Allen was accompanied with this attorney, William L. Gavras whereby I explained the nature of his presence regarding this case to which Allen and Gavras acknowledged.

## RIGHTS ADVISED:

On 2/27/07, at 9:51am, while at the CIS, I advised Allen of his rights via the Guam Police Department's Custodial Interrogation Form. This was done in the presence of S/A J.M. Dodd and Gavras. Allen acknowledged and agreed to waive his rights by initialing and signing said form.
See attached Custodial Interrogation Form.

## ALLEN INTERVIEWED:

I interviewed Allen in the presence of Gavras and S/A Dodd to which Allen stated the following:

- That in early January he had served Dr. Young documents and that Dr. Young refused to sign the "Declaration of Service". He indicated that during this particular incident he was allowed entry into the Emergency Room and Radiology area by a female Security Guard.
- That on 2/2/07, he was asked by Gavras to serve Dr. Young again to which he agreed.
- That on 2/3/07, he arrived at GMH and was allowed entry by the same female Security Guard and immediately walked to the same office he had served Dr. Young in January. Upon making a check of the office, he noted that it was Dr. Richardson and asked for Dr. Young.
- That Dr. Richardson sarcastically told him that Dr. Young could be in the bathroom or anywhere. Not getting any cooperation from Dr. Richardson, Allen decided to check on his children who were in his car by the ER parking area. He stated that figuring that it might take some time to locate Dr. Young he decided to have his children wait on the bench by the ER rather than in the car.
- That he was allowed back into the ER and Radiology area by the Security Guard at which time he walked to the same office and located two doctors, none of which were Dr. Young. — 2 *Not sure*
- That he then approached the Security Guard and asked for her assistance in locating Dr. Young whereby she directed him (Allen) to an unidentified male nurse. The unidentified male nurse informed directed Allen

S/A A.V. CAMACHO #211                                   APPROVING SUPERVISOR

to the same office he (Allen) had checked twice before, however, this time the door was locked.

- That he (Allen) informed the unidentified male nurse that he would wait by the door at which time the male nurse told him that there was another exit door. Allen stated that he made a check of the second door/office pointed out by the male nurse and upon opening the door noted two female (employees).

- That he asked for Dr. Young at which time one of the employees pointed to another door in the room. According to Allen, he assumed that it was alright to enter because she just pointed to the door and said nothing.

- That upon opening the door (leading to the Radiology Reading Room) he noted Dr. Young and Dr. Richardson seated in the office and appeared to be conversing. Allen stated that he provided Dr. Young with the documents and told him that he was served. It was at this time that Dr. Richardson stood up with both hands in the air and began to push him (Allen) back towards the wall telling him that they were going to call security. Dr. Richardson then fell to his knees and grabbed his (Allen) left leg in an apparent attempt to restrain him. Dr. Young at this time was pulling on his (Allen) shirt. Allen stated that he managed to break free and exited out the same door he entered however, one of his slippers fell off. He walked out towards the hallway and then returned into the office to retrieve his slipper.

- That both Dr. Young and Dr. Richardson continued to grab at him during this time.

- I informed Allen that according to Dr. Young and Dr. Richardson he exited out the door which led to the hallway and the door which led to the office where the female employees were seated. He stated that he did not exit the door to the hallway and that the door he exited did not strike Dr. Richardson at all.

I then inquired if at anytime did ever mention that he was a Superior Court Marshal and if he had his badge displayed. Allen stated the following:

- That he did mention to the females in the office that he was from the Superior Court but never stated that he was a Superior Court Marshal. He stated that he did not have his badge displayed and that he was dressed in a tank top, casual pants, and slippers so why would they assume he was a Superior Court Marshal.

- I informed Allen that witnesses indicated that his badge was displayed and that he stated out loud that he was a Superior Court Marshal.

- Allen concluded that at no time did he say he was a Superior Court Marshal and at no time did he assault Dr. Richardson. He added that he wanted to file an assault complaint against Dr. Richardson and Dr. Young to which I acknowledged.

**Refer to written statement and diagram provided by Allen.**

Note: Upon completing my interview of Allen I met with Assistant Attorney General Basil O'Malan who was at the CIS for other business. I requested to speak with him about this case to which he acknowledged.

S/A A.V. CAMACHO #211                                   **APPROVING SUPERVISOR**

| SUPPLEMENT REPORT | (V) IAN C. RICHARDSON | KY07-03405 |
| --- | --- | --- |
| ASSAULT | | PAGE 12 OF 12 |

I explained the details of this investigation and informed O'Malan that I was going to arrest Allen for the offense of "Impersonating a Peace/Public Officer" and that the report would be forwarded to their office for possible indictment on any other charges because of the conflicting statements to which he acknowledged .

**ARREST EFFECTUATED:**

On 2/27/07, at 11:10am, while at the CIS, I arrested Christopher Emmanuel Allen for the offense of "Impersonating a Public Officer". He was later transported to Hagatna Precinct for processing and later was booked and released.

**FIELD NOTES:**     12 pages attached.

**RECOMMENDATION:**

Case closed and forwarded to the Attorney General's Office for their information and disposition.

S/A A.V. CAMACHO #211

APPROVING SUPERVISOR

\12

William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

RECEIVED
SEP 11 2007
SUPERIOR COURT
OF
CLERKS OFFICE

Attorney For Movant
CHRISTOPHER E. ALLEN

## IN THE SUPERIOR COURT

## OF GUAM

IN THE MATTER OF THE APPOINTMENT     SPECIAL PROCEEDINGS SP0365-99

OF                          PROPOSED EXPARTE ORDER

CHRISTOPHER E. ALLEN,
AS SPECIAL PROCESS SERVER.
_____/

     The Movant's Exparte Application for Reconsideration submitted on September 11, 2007, came on to be duly heard by this Court at 1:30 p.m. on September 11, 2007.

     The Court having reviewed the file herein and received the comments of counsel and good cause appearing therefore hereby withdraws its order issued on August 21, 2007, terminating the appointment of Movant as a Special Process Server pending an evidentiary hearing on this matter.

//

//

//

//

*Exhibit G*

**PRESENTED BY:**

LAW OFFICES OF WILLIAM L. GAVRAS

Dated: September ___//___, 2007    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Movant
CHRISTOPHER E. ALLEN

**SO ORDERED:**

Dated: _____    By: _____
JUDGE, SUPERIOR COURT OF GUAM

2

William L. Gavras, Esq.
**LAW OFFICES OF WILLIAM L. GAVRAS**
A Professional Corporation
2nd Floor, J & R Building
**208 Route 4**
Hagåtña, Guam 96910
Telephone: 472-2302
**Facsimile:** 472-2342



FILED
SUPERIOR COURT
OF GUAM

'07 SEP 11 AM 9: 55

CLERK OF COURT
BY:

**Attorney For Movant**
**CHRISTOPHER E. ALLEN**

## IN THE SUPERIOR COURT

## OF GUAM

**IN THE MATTER OF THE APPOINTMENT**

**OF**

**CHRISTOPHER E. ALLEN,**
**AS SPECIAL PROCESS SERVER.**
_____/

**SPECIAL PROCEEDINGS SP0365-99**

**MEMORANDUM IN SUPPORT OF**
**EXPARTE APPLICATION FOR A**
**MOTION FOR RECONSIDERATION**

**COMES NOW** Movant, Christopher E. Allen, by and through counsel, and for his

Motion For Reconsideration States as follows:

On August 21, 2007, this Court issued an Order terminating the appointment of

Movant as a Special Process Server. The Clerk's Office has interpreted the Court's

order as preventing Movant from serving any process. Accordingly, Movant has been

denied his ability to earn a living.

Counsel hereby states that there are no other parties of interest or counsel in this

special proceedings.

**The Fifth and Fourteenth Amendments To The United States Constitution**

**Require That Movant Be Given A Hearing Prior His License Being Revoked**

Exhibit H.

**In the Matter of the Appointment of Christopher E. Allen; SP0365-99**
**Memorandum in Support of Exparte Application for a Motion for Reconsideration**
**September 2007**

The Movant cites to the case of the United States Supreme Court of City of Kenosha, <u>Wisconsin vs. Peter G. Bruno</u>, 412 U.S. 507, 93 S.Ct. 2222, (1973) at 508, 509. Similarly, see U.S. Court of Appeals First Circuit (Puerto Rico) <u>Andres Guillemard-Ginorio, et. al. vs. Fermin M. Contreras Gomez</u>, 161 Fed. Appx 24 (December 13, 2005).

The foregoing cases both involve alleged deprivations of due process rights and the right of the aggrieved party concerned to have a hearing regarding licensing. In both cases the courts found that the issuance of a Temporary Restraining Order appropriate so as to protect the due process rights while the Court looked at scheduling a hearing for Preliminary Injunction; while further examining the constitutionality of the statutory licensing procedure.

## Movant Has Been Denied A Property Interest And Thus He Is Entitled To A Pre-Deprivation Hearing

The U.S. Supreme Court has said, "The root requirement of the Due Process clause is that an individual be given an opportunity for a hearing before he is deprived of any significant protected interest. See <u>Sinermon</u>, 494 U.S. at 127. A license can be a property interest protected by due process, see, e.g., <u>Mackey v. Montrym, 443 U.S. 1, 12-13 (1979)</u>, including a license to operate a business. See <u>16C Corpus Juris Secundum Constitutional Law § 1520</u> (citing <u>Goldrush II v. City of Marietta, 482 S.E.2d 347, 358 (Ga.1997)</u>).

It has long been established that a state may not suspend a professional license without a pre-deprivation hearing. <u>See</u>, <u>Beauchamp v. De Abadia, 779 F.2d 773, 775</u>

2

In the Matter of the Appointment of Christopher E. Allen; SP0365-99
**Memorandum in Support of Exparte Application for a Motion for Reconsideration**
**September 2007**

(1st Cir.1985). The probable cause determination made by the grand jury is not

enough. Keney v. Derbyshire 718 F.2d 352 (10th Cir. 1983)("However, the full hearing

with prior notice, the right to counsel, the right to present evidence and cross-examine

witnesses are the highest attributes of due process. It is these, and not probable cause

determinations, which minimize 'the risk of an erroneous deprivation of such interest,'

i.e., the license.").

    While the formality and procedural requisites of a hearing can vary, Boddie v.

Connecticut, 401 U.S. 371, 378 (1971), the hearing itself must be "meaningful,"

Armstrong v. Manzo, 380 U.S. 545, 552 (1965), and "appropriate to the nature of the

case." Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306, 313 (1950). In other

words, the process due will vary in each case depending upon what type of interest is

being threatened. Bell, 402 U.S. at 540. In this instance, the ability to pursue one's

livelihood is clearly an important interest, as is the Movant's interest in not being unfairly

labeled by the state as being a criminal. Even though Mr. Allen may not be entitled to

the same process that he must be afforded in his upcoming and ongoing felony

prosecution, he must be given a pre-deprivation hearing.

At minimum, the due process requirement of a hearing "embraces not only the right to

present evidence but also a reasonable opportunity to know the claims of the opposing

party and to meet them." See Morgan v. United States, 304 U.S. 1, 18 (1937); and

Tolbert, 434 F.Supp. at 686. In Bell, the Supreme Court cited to its decision in Goldberg

v. Kelly, 397 U.S. 254 (1970), for the proper standard of due process applicable to

driver's license cases, a property interest or less importance than the ability to earn a

**In the Matter of the Appointment of Christopher E. Allen; SP0365-99**
**Memorandum in Support of Exparte Application for a Motion for Reconsideration**
**September 2007**

living. Bell, 402 U.S. at 539, 541, and 542, 91 S.Ct. at 1589, 1590, and 1591. In

Goldberg, the Supreme Court held that "[i]n almost every setting where important

decisions turn on questions of fact, due process requires an opportunity **to confront**

**and cross-examine adverse witnesses.**" Goldberg 397 U.S. at 269 (emphasis added).

Quoting from prior precedent, the Supreme Court in Goldberg went on to state that:

> Certain principles have remained relatively immutable in our
> jurisprudence. One of these is that where governmental action seriously
> injures an individual, and the reasonableness of the action depends on
> fact findings, the evidence used to prove the Government's case must be
> disclosed to the individual so that he has the opportunity to show that it is
> untrue.

> Goldberg 397 U.S. at 270, 90 S.Ct. at 1021 (quoting from Greene v.

McElroy, 360 U.S. 474, 496, (1959).

    **WHEREFORE** Movant requests that this Court stay its order preventing him from

serving process until such time as an adverse finding is made after hearing on the

matter.

                Respectfully Submitted,

                LAW OFFICES OF WILLIAM L. GAVRAS

Dated: September ___//___, 2007    By: _____
                        WILLIAM L. GAVRAS, ESQ.

4



# SUPERIOR COURT OF GUAM

Guam Judicial Center ● 120 West O'Brien Drive ● Hagåtña, Guam 96910

Telephone (671) 475-3331
Fax (671) 472-2856

**JENBEL V. MANIBUSAN**
Traffic Violations Bureau
Clerk

September 5, 2007

## MEMORANDUM

**TO:** **SMALL CLAIMS LITIGANTS**

**FROM:** **Traffic Violations Bureau, Clerk**

**SUBJECT:** **ORDER filed 8/21/07 (ACLIII)**

Pursuant to an Order filed on August 21, 2007 by Presiding Judge Alberto C. Lamorena III, relative to the appointment **CHRISTOPHER E. ALLEN (SP0365-99)** as a Special Process Server, all activities involving the service of court documents are hereby **TERMINATED** until further order of the Court.

Submitted for information and immediate disposition.

**JENBEL V. MANIBUSAN**

**ATTACHMENT**

*Exhibit*

*I*



IN THE SUPERIOR COURT OF GUAM

FILED
SUPERIOR COURT

2007 AUG 21 PM 4: 50

BY:_____

In the Matter of the Appointment )
)
)
Of )
)
)
CHRISTOPHER E. ALLEN )
as Special Process Server, )
)
_____ )

Special Proceedings Case No. SP0365-99

**ORDER**

This Court having received **Criminal Case No. CF0375-07**, wherein the Attorney

General of Guam had filed an **Indictment on August 9, 2007, charging Christopher E. Allen,**

an active Special Process Server, in the Territory of Guam with 1.) Aggravated Assault (3rd

Degree Felony) 2.) Assault (As a Misdemeanor) 3.) Reckless Conduct (As a Misdemeanor)

and 4.) Impersonating a Public Official (As a Misdemeanor).

**NOW, THEREFORE, IT IS HEREBY ORDERED that the Order Appointing**

Christopher E. Allen as Special Process Server on July 24, 2007 is TERMINATED pending

the outcome of his case.

Dated: _____AUG 2 1 2007_____

**ALBERTO C. LAMORENA, III,**
**Presiding Judge**
**Superior Court of Guam**

RECEIVED FOR SERVICE:
TIME: _____
DATE: _____
INITIAL: _____
MARSHAL, SCOG

I hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam
Dated at Hagatna, Guam

SEP 0 5 2007

Benny O. Cruz
Deputy Clerk, Superior Court of Guam

May 27, 2008

RECEIVED
1:45 pm
MAY 27 2008
SUPERIOR COURT
OF GUAM
CLERKS OFFICE

From: Christopher Allen
PMB 386,
1270 N. Marine Dr. Ste. 10
Tamuning, Guam 96913
(671) 678-4130
(671) 472-1413

To: Richard Martinez , Clerk of Courts
Superior Court of Guam
120 W. O'Brien Dr.
Hagatna, Guam 96910

Re:   Freedom of Information-Request for Process Server Information.

Bueanas Yan Hafa Adai!   This letter constitutes a request for public information regarding 1

Court Appointed as Special Process Servers. 5 GCA 10103  (the Sunshine Act) .

Accordingly to 5 GCA 10103 (a ) states: Every person has the right to inspect and take a
copy of any public document on Guam, except as otherwise expressly prohibited in law, and
except as provided in Section 10108 of this Chapter.   Section ( c ) states: Except with respect
to public records exempt from disclosure by express provisions of the law, each agency, upon a
request for a copy record that reasonably describes identifiable record of records, shall make the
records promptly available, upon payment of fees covering direct cost duplication, or a statutory
fee, if applicable.  Upon request, an exact copy shall be provided unless impracticable to do so.
Also see: Section 10104 (b).

(I agree to pay for copies as prescribed in the statue's.)

I respectfully request for copies of the names and special proceeding numbers of all

individuals who have been Appointed as Special  Process Servers in the past five (5) years.

I would also like to  request the names and special proceedings numbers of Court Appointed

Special Process Servers who have had their Orders of Appointment as Special Process Server

Terminated in the last five (5) years.

If you have any questions regarding this request I may be reached at 678-4130 or 472-1413.

Sincerely,

Christopher Allen

Exhibit $\underline{5}$



REF# : * MISC *                    001 / 001

NAME : ALLEN CHRIS

33064117 JDF/MI MISC DUP          14.50

TRAN AMOUNT . . . . . :           14.50

AMOUNT RECVD . . . . :            20.00

CHANGE . . . . . . . :             5.50

05 28 2008  11:56:12

FMD39 CASHR01 000194

=============THANK YOU=============

*Exhibit     K*

TYPE: SPECIAL PROCEEDINGS     STATUS: OPEN       STATUS DATE: 12/15/1999

```
IN THE MATTER OF THE APPOINTMENT        ) CASE NO: SP0365-99
                                        )
                                        )
      OF                                )
                                        )
CHRISTOPHER E. ALLEN                     )
as SPECIAL PROCESS SERVER                )
                                        )
            Petitioner.                  )
                                        )
                                        )
_____)
```

JUDGE      ------------------------------------------------------------------
ATTORNEYS  ------------------------------------------------------------------

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| FILING DATE | PROCEEDINGS COMMENT |
|---|---|

12/15/1999 CASH REGISTER TRANS
           CASH REGISTER TRANS
12/15/1999 MOTION
           MTN FOR APPOINTMENT OF SPECIAL PROCESS
           SERVER
12/15/1999 ORDER
           ORDER APPOINTING SPECIAL PROCESS SERVER
02/17/2000 MOTION
           MTN FOR APPOINTMENT OF SPECIAL PROCESS
           SERVER
02/17/2000 ORDER
           ORDER APPOINTING SPECIAL PROCESS SERVER
05/03/2000 MOTION
           MTN FOR APPOINTMENT OF SPECIAL PROCESS
           SERVER
05/03/2000 ORDER
           ORDER APPOINTING SPECIAL PROCESS SERVER
08/24/2000 MOTION
           MTN FOR APPOINTMEN OF SPECIAL
           PROCESS SERVER
08/24/2000 ORDER
           ORDER APPOINTING SPECIAL PROCESS SERVER
           SIGNED BY:
           JUDGE A.LAMORENA III
11/17/2000 MOTION
           MTN FOR APPT OF SPECIAL PROCESS SERVER
           SUBMITTED BY CHRISTOPHER E. ALLEN
11/17/2000 ORDER
           ORDER APPT SPECIAL PROCESS SERVER
           BY:ATTY C. ALLEN
03/08/2001 CASH REGISTER TRANS
           CASH REGISTER TRANS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  FILING   PROCEEDINGS
   DATE      COMMENT

03/08/2001 MOTION
             MTN FOR APPOINTMENT OF SPECIAL
             PROCESS SERVER
03/08/2001 ORDER
             ORDER APPT SPECIAL PROCESS SERVER
             SIGNED BY:
             JUDGE A.LAMORENA III
04/26/2001 MOTION
             MTN FOR APPOINTMENT OF SPECIAL PROCESS
             SERVER
04/26/2001 ORDER
             MTN APPOINTING SPECIAL PROCESS SERVER
06/29/2001 MOTION
             MTN FOR APPOINTMENT OF SPECIAL PROCESS
             SERVER
             BY CHRISTOPHER E ALLEN - PETITIONER
07/24/2001 ORDER
             ORDER APPOINTING SPECIAL PROCESS SERVER
             PERIOD OF 90 DAYS FROM 7/24/01 TO
             10/24/01
             4TH APPROVAL
             SIGNED BY HON ALBERTO C LAMORENA III
                       PRESIDING JUDGE
09/06/2001 MOTION
             MTN FOR APPOINTMENT OF SPECIAL PROCESS
             SERVER
             SUB BY CHRISTOPHER E. ALLEN, PROCESS SVR
01/03/2002 UNSIGNED DOCUMENT(S)
             ORDER APPOINTING SPECIAL PROCESS
             SERVER
             SUB BY PETITIONER
01/03/2002 MOTION
             FOR APPOINTMENT OF SPECIAL PROCESS
             SERVER
             SUB BY PETITIONER
01/11/2002 ORDER
             ORDER APPOINTING SPECIAL PROCESS SERVER
             1ST APPROVAL FROM 1/11/02 - 4/11/02
             SUB BY CHRISTOPHER E. ALLEN, PROCESS SVR
01/11/2002 CASH REGISTER TRANS
             CASH REGISTER TRANS
03/13/2002 MOTION
             MTN FOR APPOINTMENT OF SPECIAL
             PROCESS SERVER
             SUB BY CHRISTOPHER ALLEN, PROCESS SERVER
04/30/2002 ORDER
             ORDER APPOINTING SPECIAL PROCESS SERVER
             SIGNED BY HON ALBERTO C LAMORENA III

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
  FILING    PROCEEDINGS
   DATE      COMMENT

                    PRESIDING JUDGE
07/23/2002 MOTION
            MOTION FOR APPOINTMENT OF SPECIAL
            PROCCESS SERVER
08/14/2002 ORDER
            ORDER APPOINTING PROCESS SERVER
            SIGNED BY HON ALBERTO C LAMORENA III
                    PRESIDING JUDGE
11/06/2002 MOTION
            MTN FOR APPT OF SPECIAL PROCESS
            SERVER
12/04/2002 ORDER
            ORDER APPT SPECIAL PROCESSSER SERVER
            SIGNED BY:
            JUDGE A.LAMORENA III
02/14/2003 MOTION
            MTN FOR APPOINTMENT OF SPECIAL PROCESS
            SERVER
            FILED BY CHRISTOPHER ALLEN
04/25/2003 CASH REGISTER TRANS
            CHRISTOPHER E.ALLEN
            CASH REGISTER TRANS
04/25/2003 ORDER
            ORDER APPOINTING PROCESS SERVER
            SUBMITTED BY CHRISTOPHER ALLEN
            SIGNED BY:
            JUDGE A.LAMORENA III
06/25/2003 MOTION
            MTN FOR APPTMENT OF SPECIAL PROCESS
            SERVER
            FILED BY C.E. ALLEN
07/23/2003 ORDER
            ORDER APPOINTING SPECIAL PROCESS SERVER
            BY:C. ALLEN
09/02/2003 MOTION
            MTN FOR APPT OF SPECIAL PROCESS SERVER
            FILED BY C.E.ALLEN
10/21/2003 ORDER
            ORDER APPTNG SPECIAL PROCESS SERVER
            SIGNED BY:
            JUDGE A.LAMORENA III
            C.E.ALLEN
11/25/2003 MOTION
            MTN FOR APPT OF SPECIAL PROCESS SERVER
            BY:C. ALLEN
11/25/2003 UNSIGNED DOCUMENT(S)
            ORDER APPT SPECIAL PROCESS SERVER
            BY:C. ALLEN
```

TYPE: SPECIAL PROCEEDINGS     STATUS: OPEN     STATUS DATE: 12/15/1999

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
  FILING    PROCEEDINGS
   DATE       COMMENT

01/12/2004 MOTION
              MTN FOR APPTNG SPECIAL PROCESS SERVER
              SUB BY C.E. ALLEN
01/27/2004 ORDER
              ORDER APPOINTING SPECIAL PROCESS SERVER
              SIGNED BY:
              JUDGE A.LAMORENA III
05/13/2004 ORDER
              ORDER APPOINTING SPECIAL PROCESS SERVER
              SIGNED BY:
              JUDGE A.LAMORENA III
05/13/2004 MOTION
              MTN FOR APPTNG SPECIAL PROCESS SERVER
              SUB BY C.E. ALLEN
07/08/2004 MOTION
              MTN FOR APPOINMENT OF SPECIAL
              PROCESS SERVER
              BY:C. ALLEN
09/01/2004 CASH REGISTER TRANS
              CASH REGISTER TRANS
09/01/2004 ORDER
              ORDER APPOINTING SPECIAL PROCESS SERVER
              BY:C. ALLEN
11/29/2004 MOTION
              MOTION FOR APPOINTMENT OF SPECIAL
              PROCESS SERVER
              BY: C. ALLEN
12/28/2004 ORDER
              ORDER APPOINTING SPECIAL PROCESS SERVER
              SIGNED BY JUDGE ACLIII
              SUB BY: C. ALLEN
02/07/2005 MOTION
              MTN FOR APPTOF SPECIAL PROCESS SERVER
              BY:C. ALLEN
02/07/2005 UNSIGNED DOCUMENT(S)
              ORDER APPT SPECIAL PROCESS SERVER
04/13/2005 MOTION
              MTN FOR APPOINTMENT OF SPECIAL PROCESS
              SERVER
06/03/2005 MOTION
              MTN FOR APPOINTMENT OF SPECIAL PROCESS
              SERVER
06/03/2005 UNSIGNED DOCUMENT(S)
              ORDER APPOINTING SPECIAL PROCESS SERVER
06/17/2005 UNSIGNED DOCUMENT(S)
              ORDER APPOINTING SPECIAL PROCESS SERVER
09/12/2005 MOTION
              MTN FOR APPOINTMENT OF SPECIAL PROCESS
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
  FILING    PROCEEDINGS
   DATE       COMMENT

             SERVER
09/12/2005 UNSIGNED DOCUMENT(S)
             ORDER APPOINTING SPECIAL PROCESS SERVER
11/21/2005 MOTION
             FOR APPOINTMENT OF SPECIAL PROCESS
             SERVER
11/28/2005 ORDER
             ORDER APPOINTING SPECIAL PROCESS SERVER
             SIGNED BY:
             JUDGE A.LAMORENA III
01/05/2006 MOTION
             MOTION FOR APPOINMENT OF SPECIAL
             PROCESS SERVER
             BY:C. ALLEN
01/26/2006 ORDER
             ORDER APPOINTING SPECIAL PROCESS SERVER
             SIGNED BY JUDGE ACLIII
03/23/2006 MOTION
             MOTION FOR APPOINTMENT OF SPECIAL
             PROCESS SERVER
             BY:C. ALLEN
04/17/2006 ORDER
             ORDER APPOINTING SPECIAL PROCESS SERVER
             SIGNED BY JUDGE ACLIII
             04/17/06
06/13/2006 MOTION
             MTN FOR APPOINTMENT OF SPECIAL PROCESS
             SERVER
             SUB BY: CHRISTOPHER ALLEN
07/05/2006 ORDER
             ORDER APPOINTING SPECIAL PROCESS SERVER
             SUB BY: CHRISTOPHER ALLEN
             SIGNED BY JUDGE ACLIII
09/05/2006 MOTION
             MTN FOR APPOINTMENT OF SPECIAL PROCESS
             SERVER
             SUB BY: CHRISTOPHER ALLEN
09/27/2006 ORDER
             ORDER APPOINTING SPECIAL PROCESS SERVER
             SUB BY: CHRISTOPHER ALLEN
             SIGNED BY JUDGE ACLIII
             9/27/06
11/27/2006 MOTION
             MOTION FOR APPOINTMENT OF SPECIAL
             PROCESS SERVER
             BY:C. ALLEN
11/28/2006 ORDER
             ORDER APPOINTION SPECIAL PRECESS SERVER
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   FILING   PROCEEDINGS
    DATE      COMMENT

               BY:C. ALLEN
02/01/2007 MOTION
               MTN FOR APPOINTMENT OF SPECIAL PROCESS
               SERVER
               SUB BY: CHRISTOPHER ALLEN
02/09/2007 ORDER
               ORDER APPOINTING SPECIAL PROCESS SERVER
               SIGNED BY JUDGE ACLIII 2/9/07
04/19/2007 MOTION
               MTN FOR APPOINTMENT OF SPECIAL PROCESS
               SERVER
               SUB BY: CHRISTOPHER ALLEN
04/21/2007 LETTER
               LETTER
04/23/2007 LETTER
               LETTER
               BY:C. ALLEN
05/03/2007 ORDER
               ORDER APPOINTING SPECIAL PROCESS SERVER
               SIGNED BY JUDGE ACLIII 5/3/07
07/23/2007 MOTION
               MTN FOR APPOINTMENT OF SPECIAL PROCESS
               SERVER
               SUB BY: CHRISTOPHER ALLEN
07/24/2007 ORDER
               ORDER APPOINTING SPECIAL PROCESS SERVER
               SIGNED BY JUDGE ACLIII 7/24/07
08/21/2007 ORDER
               ORDER
               SIGNED BY JUDGE ACLIII TERMINATING
               SPS UNTIL FURTHER NOTICE
08/24/2007 AFFIDAVIT OF SERVICE
               AFFIDAVIT OF SERVICE
               SERVED UPON: CHRISTOPHER E. ALLEN
               DOCUMENT SERVED: ORDER
               DATE SERVED: 08/21/07
               TIME SERVED: 210PM
               SERVED BY: MSHL GODWIN QUITUGUA
09/11/2007 CASH REGISTER TRANS
09/11/2007 UNSIGNED DOCUMENT(S)
               PROPOSED EXPARTE ORDER
               MOVANTS EXPARTE APPLICATION FOR
               RECONSIDERATION SUBMITTED ON 09/11/2007
               WILL BE DULY HEARD BY THE COURT AT
               1:30 PM ON 09/11/2007.
               SIGNED BY
09/11/2007 RECORDING LOG
               RECORDING LOG

TYPE: SPECIAL PROCEEDINGS     STATUS: OPEN          STATUS DATE: 12/15/1999

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  FILING    PROCEEDINGS
   DATE      COMMENT

                                JUDGE ACLIII
09/11/2007 MEMORANDUM
               MEMORANDUM IN SUPPORT OF EXPARTE
               APPLICATION FOR A MOTION FOR
               RECONSIDERATION.
               SUMITTED BY WILLIAM GAVRAS
09/11/2007 EXPARTE
               EXPARTE APPLICATION FOR A MOTION FOR A
               RECOMSIDERATION
               BY:ATTY W. GAVRAS
10/22/2007 RECORDING LOG
               RECORDING LOG
               CLERK:                    JUDGE ACLIII
               TAPE#:
               LOG# :
               NEXT HEARING DATE:
               PROCEEDINGS: