Christopher E. Allen, Pro, Se
PMB 386
1270 N. Marine Dr. Ste. 101
Tamuning, Guam 96913
(671) 472-1413
(671) 678-4130

# UNITED STATES DISTRICT COURT
## District of GUAM

| | |
|---|---|
| Christopher E. Allen<br>A.S.A.P. Process Servers<br><br>Plaintiff,<br><br>vs.<br><br>Superior Court of Guam,<br>Jenbel V. Manibusan, jointly<br>and individually, in their<br>personal and official capacity's<br>and Does 1-10, Inclusive,<br><br>Defendant, | SUMMONS IN A CIVIL ACTION<br><br>CASE NUMBER: 08-00006 |

To: JENBEL V. MANIBUSAN

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF,

> Christopher E. Allen,
> PMB 386,
> 1270 North Marine Drive. Ste. 101
> Tamuning, Guam, 96913

an answer to the complaint which is served on you with this summons, with in thirty (30) days after service of this summons on you, exclusive on the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA
Clerk of Court
_____
Clerk

JUN 06 2008
_____
Date

/s/ Francine A. Diaz
_____
(By) DEPUTY CLERK

ACKNOWLEDGED RECEIPT
Sign: _____
Print: 06/06/08 Christopher Allen
Date: 6/06/08