4

# UNITED STATES DISTRICT COURT

**District of** _____ GUAM

**FILED**
DISTRICT COURT OF GUAM

JUN 0 6 2008

JEANNE G. QUINATA
Clerk of Court

A.S.A.P. Process Servers
Christopher E. Allen, pro se

Plaintiff

v.

Superior Court of Guam,
Jenbel V. Manibusan, jointly
and individually, in their
personal and official capacity's
and Does 1-10, Inclusive (Defendant,)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: **08-00006**

I, Christopher E. Allen _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☐ Yes          ☒ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?          ☐ Yes          ☒ No   No, due to the actions of the
   defendants,

   a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a.  Business, profession or other self-employment          ☒ Yes          ☐ No
   b.  Rent payments, interest or dividends          ☐ Yes          ☒ No
   c.  Pensions, annuities or life insurance payments          ☐ Yes          ☒ No
   d.  Disability or workers compensation payments          ☐ Yes          ☒ No
   e.  Gifts or inheritances          ☐ Yes          ☒ No
   f.  Any other sources          ☒ Yes          ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect to continue to receive.

   **Page 1 of 2**
   **Attachment "J"**

ORIGINAL

The plaintiff receives money from self employment A.S.A.P Process Servers between $500-$550 a month. Busines has failed due to the actions of the defendants. The plaintiff is also seeking public assistance due to the actions of the defendants.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

If "Yes," state the total amount. <u>None due to the actions of the defendants.</u>

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☒ Yes  ☐ No

If "Yes," describe the property and state its value.

Automibile valued at $2500.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

1. ETER Allen / wife /basic needs  i.e. food, water, utitities etc..

2. Kerk Allen/ Son/  College loans

3. Alexander Allen/ Son/ School cloths, basic needs, food etc..

4. Paula Allen/ Daughter/ School,basic needs, food, etc...

I declare under penalty of perjury that the above information is true and correct.

JUNE  6th, 2008
_____
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.