# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| CHRISTOPHER E. ALLEN, dba ASAP Process Servers, <br><br> Plaintiff, <br><br> vs. <br><br> SUPERIOR COURT OF GUAM and JENBEL V. MANIBUSAN, Jointly and Individually, in their Personal and Official Capacities, and DOES 1-10, <br><br> Defendants. | Civil Case No. 08-00006 <br><br><br> **ORDER** |

This matter is before the court pursuant to an Application to Proceed Without Prepayment of Fees ("Application") filed by Plaintiff Christopher E. Allen, dba ASAP Process Servers.

Plaintiff states that in light of the revocation of his appointment as a special process server for Defendant Superior Court of Guam, his business failed and he no longer has an income. *See* Application, Docket No. 4. He further states that he has no cash or checking or savings accounts, must support a wife and three children, and is seeking public assistance. *Id.*

Plaintiff has no income and is unable to proceed unless his Application is granted. A party is not required to show he or she is destitute in order to proceed in forma pauperis. *See Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948) ("We cannot agree with the court below that one must be absolutely destitute to enjoy the benefit of the statute [allowing in forma pauperis status]."). The Application to Proceed Without Prepayment of Fees is hereby **GRANTED.**

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
 Dated: Jul 03, 2008