B. Ann Keith
Staff Attorney, Judiciary of Guam
Guam Judicial Center
120 West O'Brien Drive, Ste.
Hagatna, GU 96910

Attorney for Defendant
Superior Court of Guam



**FILED**
DISTRICT COURT OF GUAM

JUL 11 2008

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CHRISTOPHER E. ALLEN, et al. ) | CIVIL CASE NO. CV08-00006 |
| )  Plaintiff, ) | |
| vs. ) | |
| )  SUPERIOR COURT OF GUAM, et al., ) | **WAIVER OF SERVICE OF SUMMONS** |
| )  Defendant. ) | |

TO: Christopher E. Allen, *Pro Se*
PMB 386
1270 North Marine Drive
Tamuning, Guam 96913

I acknowledge that pursuant to Rule 4 of the Federal Rules of Civil Procedure, I may waive service of a summons in the action of *Christopher E. Allen v. Superior Court of Guam et al.*, which is case number CV08-00006 in the District Court of Guam. I have received a copy of the complaint in the action and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after the date that I am filing this Waiver of Service of Summons.

Date: 7-11-08            By: *B. Ann Keith*
                              **B. Ann Keith**
                              Attorney for Defendants