1

2

3

4

5

6

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

7

8

9

10

11

12

13

14

CHRISTOPHER E. ALLEN dba
ASAP PROCESS SERVERS,

Plaintiff,

vs.

SUPERIOR COURT OF GUAM,
JENBEL V. MANIBUSAN, AND
DOE DEFENDANTS 1-100,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL CASE NO. 08-00006

SCHEDULING NOTICE

15

16

17

18

**CHRISTOPHER E. ALLEN
dba ASAP PROCESS SERVERS**
PMB 386
1270 N. Marine Drive, Ste. 101
Tamuning, Guam 96913

**SUPERIOR COURT OF GUAM**
Guam Judicial Center
120 West O'Brien Drive
Hagatna, Guam

19

20

21

The Local Rules establish procedures for complying with Rules 16(b) and 26(f) of the

Federal Rules of Civil Procedure. Counsel should study the Local Rules before attempting to

process cases in this Court.

22

Pursuant to Local Rules 16.1 and 16.2, it is hereby ORDERED that:

23

24

25

1. Counsel of record and all pro se litigants that have appeared in the case must

meet and confer, within fifteen (15) days after receipt of this Notice, but no later than sixty (60) days

after the filing of the complaint, prior to commencing discovery.

26

27

28

2. A proposed Scheduling Order and a proposed Discovery Plan shall be filed

on or before the **20th day of August 2008**. Careful and immediate attention should be given to the

directions in Local Rules 16.1 and 16.2 to ensure complete and timely compliance with Federal Rules 16(b) and 26(f), and the Local Rules.

      3.      Plaintiffs' counsel, or if the plaintiff is <u>pro se</u>, then the <u>pro se</u> plaintiff, must take the lead in the preparation of the Scheduling Order. If a defendant is not contacted by a <u>pro se</u> plaintiff within the required time frame, the defendant's counsel shall contact the <u>pro se</u> plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame. The failure of a party or its counsel to participate in good faith in the framing of a Scheduling Order may result in the imposition of sanctions.

      4.      Counsel of record and all <u>pro se</u> litigants that have appeared in the case are jointly responsible for submitting a Proposed Discovery Plan to the Court.

      5.      A Scheduling Conference shall be held on the **4th day of September, 2008 at 11:00 a.m.**

      6.      Counsel are reminded that:

      a)      The filing of motions does not postpone discovery.

      b)      Local Rule 37.1 governs discovery disputes and motions.

      c)      The number and form of interrogatories are governed by Local Rule 33.1.

      d)      Discovery documents and certificates of service shall not be filed with the Clerk until there is a proceeding in which the document or proof of service is in issue.

Dated:    July 18, 2008.

                                                JEANNE G. QUINATA, Clerk of Court

                    By:   /s/ Francine A. Diaz
                            Francine A. Diaz, Deputy Clerk