Bruce A. Bradley
Acting Staff Attorney, Judiciary of Guam
Guam Judicial Center
120 West O'Brien Drive
Hagatna, GU 96910
671-475-3118
Counsel for Defendant Superior Court of Guam



FILED
DISTRICT COURT OF GUAM

JUL 28 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| CHRISTOPHER E. ALLEN, dba ASAP PROCESS SERVERS | ) ) ) | CIVIL CASE NO. CV08-00006 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | STIPULATED REQUEST TO VACATE JULY 18, 2008 |
| SUPERIOR COURT OF GUAM, et al., | ) ) | SCHEDULING NOTICE; ~~ORDER~~ |
| Defendants. | ) ) | |

## STIPULATION

WHEREAS, Defendant filed its Waiver of Service of Summons in this matter pursuant to Rule 4 of the Federal Rules of Civil Procedure on July 11, 2008; and

WHEREAS such Rule 4 Waiver of Service of Summons was appropriate in the present case, the date on which it was filed by Defendant should be considered the date "the request was sent" pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure and thus Defendant must file and serve upon the Plaintiff an answer to the complaint within 60 days of July 11, 2008; and

WHEREAS, a Scheduling Notice was filed by the Clerk of Court of the District Court of Guam on July 18, 2008; and

WHEREAS, such Scheduling Notice identifies several deadlines for action by the parties which will come to pass prior to the date on which Defendant's Answer must be filed and served;

ORIGINAL

IT IS HEREBY RESPECTUFLLY STIPULATED AND REQUESTED by the undersigned parties hereto that the Court's July 18, 2008 Scheduling Notice be VACATED and that the Court issue a new Scheduling Notice at its discretion following Defendant's filing and service of its Answer to Plaintiff's complaint in the present action.

By: _____
CHRISTOPHER ALLEN dba
ASAP PROCESS SERVERS, Plaintiff
Date: 7/28/08

By: _____
BRUCE A. BRADLEY
Attorney for Defendant Superior Court of Guam
Date: 7-28-08

**ORDER**

Approved and So Ordered.
Date: _____

_____
FRANCES M. TYDINGCO-GATEWOOD
Chief Judge, District Court of Guam