# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| CHRISTOPHER E. ALLEN d.b.a. ASAP PROCESS SERVERS,<br><br>Plaintiff,<br><br>vs.<br><br>SUPERIOR COURT OF GUAM, *et al.*,<br><br>Defendants. | CIVIL CASE NO. 08-00006<br><br>**ORDER** |

On July 18, 2008, the court issued a notice setting a scheduling conference for September 4, 2008, and establishing a deadline of August 20, 2008, for the submission of the proposed scheduling order and discovery plan. See Docket No. 8.

On July 28, 2008, the Plaintiff and defendant Superior Court of Guam filed a stipulation requesting vacate the July 18 Scheduling Notice. See Docket No. 9. The parties contend that the Scheduling Notice establishes deadlines for action by the parties which will come to pass prior to the date on which defendant Superior Court of Guam's answer must be filed and served.[1] The parties thus requested the issuance of a new scheduling notice following the filing of the Superior Court of Guam's answer.

///

---

[1] On July 11, 2008, the Superior Court of Guam filed a waiver of service, thus entitling it until September 9, 2008, to file an answer to the complaint. See Docket No. 7.

In light of the above stipulation and the fact that no proof of service upon defendant Jenbel V. Manibusan has been filed by the Plaintiff to date, the court vacates the July 18 Scheduling Notice and establishes the following schedule instead:

- The parties shall appear for a scheduling conference on September 24, 2008, at 1:30 p.m.; and
- A proposed scheduling order and discovery plan in compliance with the federal rules and local rules shall be submitted no later than September 17, 2008. The failure of a party or its counsel to participate in good faith in the framing of the proposed scheduling order and discovery plan may result in the imposition of sanctions.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Aug 12, 2008**