⬥AO 440 (Rev. 8/01) Summons in a Civil Action

CIVIL ACTION 08-00006

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE AUGUST 19, 2008 |
| NAME OF SERVER (PRINT) DAVID SABLAN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: SUPERIOR COURT OF GUAM/ HAGATNA GUAM
SERVED UPON JENBEL V. MANIBUSAN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES SERVICE OF PROCESS | TOTAL $15.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on AUGUST 19, 2008
Signature of Server DAVID SABLAN

PO B 2781, Hagatna
Address of Server

Summons & complaint served

**FILED**
DISTRICT COURT OF GUAM
AUG 25 2008
JEANNE G. QUINATA
Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Christopher E. Allen, Pro, Se
PMB 386
1270 N. Marine Dr. Ste. 101
Tamuning, Guam 96913
(671) 472-1413
(671) 678-4130



# UNITED STATES DISTRICT COURT
## District of GUAM

Christopher E. Allen
A.S.A.P. Process Servers

        Plaintiff,

vs.

Superior Court of Guam,
Jenbel V. Manibusan, jointly
and individually, in their
personal and official capacity's
and Does 1-10, Inclusive,

        Defendant,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08-00006

To: JENBEL V. ~~MAIBUSAN~~ MANIBUSAN en

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF,

    Christopher E. Allen,
    PMB 386,
    1270 North Marine Drive. Ste. 101
    Tamuning, Guam, 96913

an answer to the complaint which is served on you with this summons, with in thirty (30) days after service of this summons on you, exclusive on the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA
Clerk of Court

_____
Clerk

JUN 06 2008
_____
Date

(By) DEPUTY CLERK

ORIGINAL