| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | AUGUST 19th 2008 |
| NAME OF SERVER (PRINT) DAVID SABLAN | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED UPON THE OFFICE OF THE ATTORNEY GENERAL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES SERVICE OF PROCESS | TOTAL $15.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on AUGUST 19th 2008
Date            Signature of Server  DAVID SABLAN

Address of Server: PoB 2781 Hagatna, GU 96932
777-4201

Summons & complaint served

**FILED**
DISTRICT COURT OF GUAM
AUG 25 2008
JEANNE G. QUINATA
Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.