B. Ann Galey Keith
Staff Attorney, Judiciary of Guam
Guam Judicial Center
120 West O'Brien Drive, Ste.
Hagatna, GU 96910



FILED
DISTRICT COURT OF GUAM

SEP 09 2008

JEANNE G. QUINATA
Clerk of Court

Attorney for Defendants

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CHRISTOPHER E. ALLEN, et al. ) | CIVIL CASE NO. CV08-00006 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ANSWER** |
| SUPERIOR COURT OF GUAM, et al., ) | |
| ) | |
| Defendants. ) | |

COMES NOW, Defendants Superior Court of Guam ("Superior Court") and Jenbel Manibusan, and for their answer to the Complaint in the above-captioned case, state as follows:

1. The Superior Court denies that the District Court of Guam has jurisdiction of this case.

2. The Superior Court admits the allegations in Paragraphs 4 of the Complaint.

3. The Superior Court denies the allegations in Paragraphs 1, 5, 6, 8, 10, 19, 20, 26, 27, 28, 34, 37, 38, 42, 43, 46, 52, and 53 of the Complaint.

4. The Superior Court lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 2, 3, 11, 12, 13, 14, 15, 16, 17, 18, 39, and 40 of the Complaint and on that basis denies the same.

5. In response to the allegations in Paragraph 7, the Superior Court denies that it is responsible for the acts of any unknown defendants.

6. In response to the allegations in Paragraph 9 of the Complaint, the Superior Court admits only that the Superior Court of Guam terminated an Order appointing the Plaintiff as a Special Process Server. The Superior Court denies all other allegations contained in this paragraph.

7. In response to Paragraph 21, 22, 23, 24, 25, 30, 31, 32, 45, 48, 50, 51, of the Complaint, the allegations assert a legal conclusion to which no answer is necessary.

8. In response to Paragraph 29 of the Complaint, the Superior Court denies that it violated Plaintiff's constitutional rights, and the remaining allegations assert a legal conclusion to which no answer is necessary.

9. In response to Paragraphs 33, 41, 44 and 49 of the Complaint, the Superior Court lacks knowledge or information sufficient to form a belief as to the truth of the Plaintiff's factual allegations, and the remaining allegations assert a legal conclusion to which no answer is necessary.

10. In response to Paragraph 35 of the Complaint, the Superior Court admits that its employee Jenbel Manibusan signed a Memorandum notifying the addressees contained therein of the contents of the August 21, 2007, Order referenced in Paragraph 6 above, but denies all other allegations contained in this paragraph.

11. In response to Paragraph 47 of the Complaint, the Superior Court admits that its employee Richard Martinez had a verbal conversation with Plaintiff on or around the date stated therein, but denies that Paragraph 47 accurately contains the content of that conversation, and therefore denies all other allegations contained in this paragraph.

12. In response to Paragraphs 54, 55, 56, 57, 58, 59, 60, 62 and 63 of the Complaint, the Superior Court realleges and incorporates herein by reference its responses to each and every allegation of the Paragraphs 1 through 53 of the Complaint.

## AFFIRMATIVE DEFENSES

1. Failure to state a claim upon which relief may be granted.

2. Failure to state a claim without vagueness or ambiguousness such that Defendant cannot properly frame a responsive pleading.

3. Lack of subject matter jurisdiction.

4. Lack of personal jurisdiction.

2. Failure to exhaust administrative remedies.

Respectfully submitted this 9th day of September, 2008.

JUDICIARY OF GUAM Office of the Staff Attorney

By: _____
B. Ann Galey Keith
Attorney for Defendant
Superior Court of Guam