Christopher E. Allen / Plaintiff Pro Se
PMB 386
1270 N. Marine Dr. Ste. 101
Tamuning, Gu 98913
(671) 678-4130
(671) 472-1413


**FILED**
DISTRICT COURT OF GUAM
NOV 14 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| CHRISTOPHER E. ALLEN dba ASAP PROCESS SERVERS, Plaintiff | CIVIL CASE NO. 08-00006 |
| vs. | STIPULATED DISMISSAL |
| SUPERIOR COURT OF GUAM, JENBEL V. MANIBUSAN, AND DOE DEFENDANTS 1-100 | |

Pursuant to Federal Rules of Civil Procedure, Rule 4; the above mentioned case between the plaintiff, Christopher E. Allen, dba ASAP Process Servers, and the all of the above-mentioned defendants, is hereby dismissed.

_____
CHRISTOPHER E. ALLEN / Plaintiff Pro Se
DATED this 14th day of November, 2008.

_____
Ann B. Keith / Attorney for Defendants
Dated this 14 day of November, 2008