Christopher E. Allen / Plaintiff Pro Se
PMB 386
1270 N. Marine Dr. Ste. 101
Tamuning, Gu 98913
(671) 678-4130
(671) 472-1413

# IN THE DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| CHRISTOPHER E. ALLEN dba ASAP PROCESS SERVERS,<br>    Plaintiff<br><br>vs.<br><br>SUPERIOR COURT OF GUAM, JENBEL V. MANIBUSAN, AND DOE DEFENDANTS 1-100 | CIVIL CASE NO. 08-00006<br><br>ORDER GRANTING<br>DISMISSAL |

Pursuant to Federal Rules of Civil Procedure, Rule 41, the plaintiff, Christopher E. Allen, dba ASAP Process Servers and the defendants having stipulated to this court for an Order Granting Dismissal in the above captioned case, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned case is **DISMISSED**.

IT IS SO ORDERED this 14th of November, 2008.



**/s/ Frances M. Tydingco-Gatewood
   Chief Judge
Dated: Nov 14, 2008**